# EXHIBIT A

**DATES SET FORTH IN PROPOSED AGREED SCHEDULING ORDER**

| EVENT | Dropbox Proposal | Entangled Media Proposal |
| --- | --- | --- |
| Parties may amend pleadings pursuant to Rule 15 without leave of court. | To extent permitted, 45 Days after Court's decision on Defendant's Motion to Dismiss (Dkt. 42). | Same |
| Defendant shall serve its preliminary invalidity contentions in the form of claim charts (and accompanying document production) per Patent L.R. 3-3 and 3-4. | December 7, 2023 | Same |
| Parties shall concurrently exchange a preliminary list of claim terms and identify any claim element a party contends should be governed by 35 U.S.C. § 112(f), per Patent L.R. 4-1(a). | December 21, 2023 (14 days after service of Invalidity Contentions) | Same |
| Parties shall exchange proposed preliminary constructions with identification of extrinsic evidence, including expert witness declarations, per Patent L.R. 4-2. | January 11, 2024 (21 days after exchange of parties' preliminary list of claim terms) | Same |
| Plaintiff to provide its Damages Contentions, per Patent L.R. 3-8 | January 26, 2024 (50 days after service of Invalidity Contentions) | Same |
| Parties complete and file the Joint Claim Construction and Prehearing Statement and Expert Reports, per Patent L.R. 4-3 | February 5, 2024 (60 days after service of Invalidity Contentions) | Same |
| Defendant to provide its Responsive Damages Contentions, per Patent L.R. 3-9. | February 26, 2024 (30 days after service of Damages Contentions) | Same |
| Close of claim construction discovery, per Patent L.R. 4-4. | March 6, 2024 (30 days after service and filing of Joint Claim Construction and Prehearing Statement) | Same |
| Plaintiff shall file its Opening Claim Construction Brief, per Patent L.R. 4-5(a). | March 21, 2024 (45 days after service and filing of Joint Claim Construction and Prehearing Statement) | Same |

| EVENT | Dropbox Proposal | Entangled Media Proposal |
|---|---|---|
| Defendant shall file its Responsive Claim Construction Brief, per Patent L.R. 4-5(b). | April 4, 2024 (14 days after service of Opening Claim Construction Brief) | Same |
| Plaintiff shall file its Reply Claim Construction Brief, per Patent L.R. 4-5(c). | April 11, 2024 (7 days after service of Responsive Claim Construction Brief) | Same |
| Claim Construction Hearing, per Patent L.R. 4-6. | April 25, 2024, subject to Court's calendar (2 weeks after filing of Reply Construction Brief) | Same |
| Damages Contentions Meeting, per Patent L.R. 3-10 | April 26, 2024 (60 days after Responsive Damages Contentions) | Same |
| Case Management Conference to set further deadlines | Subject to the Court's availability, the first Thursday at least two weeks after the Court's claim construction order | No Need |
| Each party relying upon advice of counsel shall provide disclosures per Patent L.R. 3-7. | Not later than 30 days after service by the Court of its Claim Construction Ruling | Same |
| Parties to provide updated infringement and invalidity contentions based on Court's Claim Construction Ruling | Not later than 30 days after service by the Court of its Claim Construction Ruling | Same |
| ADR Proceedings to be conducted | Not later than 45 days after service by the Court of its Claim Construction Ruling | Same |
| Close of fact discovery. | To be determined in connection with the Case Management Conference following Court's claim construction order | July 31, 2024 |
| Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B). | To be determined in connection with the Case Management Conference following Court's claim construction order | September 3, 2024 |

| EVENT | Dropbox Proposal | Entangled Media Proposal |
|---|---|---|
| Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B). | To be determined in connection with the Case Management Conference following Court's claim construction order | September 3, 2024 |
| Parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served. | To be determined in connection with the Case Management Conference following Court's claim construction order | October 3, 2024 |
| Close of Expert Discovery | To be determined in connection with the Case Management Conference following Court's claim construction order | October 18, 2024 |
| Dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed. | To be determined in connection with the Case Management Conference following Court's claim construction order | November 1, 2024 |
| Responses to dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed and served on all other parties. | To be determined in connection with the Case Management Conference following Court's claim construction order | December 2, 2024 |
| Replies in support of dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed and served on all other parties. | To be determined in connection with the Case Management Conference following Court's claim construction order | December 16, 2024 |
| Trial | To be determined in connection with the Case Management Conference following Court's claim construction order | At the convenience of the Court. |