**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>DROPBOX, INC.,<br><br>           Defendant. | C.A. No. 5:23-cv-03264-PCP<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Hearing: May 2, 2024 |

Pursuant to Patent Local Rule 4-3, Plaintiff Entangled Media LLC ("Entangled Media") and Defendant Dropbox, Inc. ("Dropbox"), by and through their respective undersigned counsel, submit the following Joint Claim Construction and Prehearing Statement.

## I.   AGREED CLAIM CONSTRUCTIONS (PAT. L.R. 4-3(A))

The parties have not yet agreed upon any construction of any term. However, the parties will continue conferring, and they will inform the Court if any agreement is reached.

## II.   PROPOSED CONSTRUCTION OF THE DISPUTED TERMS (PAT. L.R. 4-3(B))

The parties have identified in Section III below the disputed terms for construction. The parties' proposed constructions and evidence in support are presented in **Exhibit A**.

## III.   TERMS MOST SIGNIFICANT TO RESOLUTION OF THE CASE (PAT. L.R. 4-3(C))

The following lists of terms—eight terms jointly identified by Plaintiff and Defendant, and then each side identifying one additional term—constitute the parties' identification of the ten terms whose construction the parties believe will be most significant to the resolution of the case pursuant to Pat L.R. 4-3(c). Together, these are the ten terms whose constructions will be addressed in the parties' claim construction briefing and at the Court's Markman hearing. The parties reserve all rights to seek constructions of other terms at a later stage of the case as necessary and appropriate.

### A.   Joint Positions

Both sides believe that construction of the following eight terms will be most significant to the resolution of the case:

1. "providing by the at least one server the single master meta-index and meta-indices for each of the other multiple devices to each of the multiple devices via the individual software clients" ('338 Patent, claim 1)

2. "continually updating the single master meta-index on the at least one server and each of the multiple devices in response to changes to the data indexed thereon" ('338 Patent, claim 1)

3. "visual representation of the virtual files on a remote one of each of the multiple devices that is indistinguishable from a visual representation of an actual file that is located on a local one of the multiple devices" ('338 Patent, claim 5)

4. "singular file system" ('338 Patent, claims 1, 7; '260 Patent, claims 1, 4, 5)

5. "modifying the singular file system on the first device to make local files and virtual files appear indistinguishable to the singular file system" / "appear indistinguishable to the singular file system" ('260 Patent, claim 1)

6. "a visual representation of the singular file system on the first device is identical to a visual representation of the singular file system on the second device" / "is identical to" ('260 Patent, claim 1)

7. "requesting by a software client on the first device that a peer-to-peer connection be brokered by server-based web service between the first and second device" / "if the peer-to-peer connection is brokered" ('260 Patent, claim 1)

8. "transferring the corresponding physical file from the second device to the first device" ('260 Patent, claim 1)

### B. Plaintiff's Additional Position

Plaintiff believes that the following additional term is significant to the resolution of the case:

9. "the virtual files indistinguishable from the local files by the local file system at each of the multiple devices" / "the virtual files indistinguishable from the local files" ('338 Patent, claim 1)

### C. Defendant's Additional Position

Defendant believes that the following additional term is significant to the resolution of the case:

10. "pushing the physical file back to the second device" ('260 Patent, claim 6)

## IV. LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING (PAT. L.R. 4-3(D))

The claim construction hearing is scheduled for May 2, 2024. The parties anticipate that two hours will be required for the claim construction hearing.

## V. WITNESSES TO BE CALLED AT CLAIM CONSTRUCTION (PAT. L.R. 4-3(E))

The parties do not presently intend to call live witnesses at the claim construction hearing. However, each party reserves the right to call as a live witness at the claim construction hearing the expert witness that provides a declaration for the disputed terms as offered by that party.

## VI. FACTUAL FINDINGS REQUESTED FROM THE COURT (PAT. L.R. 4-3(F))

The parties request factual findings by the Court only insofar as required for the Court's construction of a disputed term. Otherwise, the parties do not request any factual finding from the Court related to claim construction at this time but reserve the right to make such requests during the claim construction proceedings.

| | |
|---|---|
| Dated: February 5, 2024 | Respectfully submitted, |
| /s/ *Alexander E. Gasser* | /s/ *Karon N. Fowler* |
| John E. Lord (SBN 216111) | Michael J. Lyons, Bar No. 202284 |
| SKIERMONT DERBY LLP | michael.lyons@morganlewis.com |
| 633 W. Fifth Street, Suite 5800 | Austin L. Zuck, Bar No. 318434 |
| Los Angeles, CA 90071 | austin.zuck@morganlewis.com |
| Phone: (213) 788-4500 | Katerina Hora Jacobson, Bar No. 342384 |
| Fax: (213) 788-4545 | katerina.horajacobson@morganlewis.com |
| jlord@skiermontderby.com | MORGAN LEWIS & BOCKIUS LLP |
| | 1400 Page Mill Road |
| Paul J. Skiermont (TX Bar No. 24033073) | Palo Alto, CA 94304 |
| (*Pro Hac Vice*) | Telephone: +1.650.843.4000 |
| Jaime K. Olin (SBN 243139) | |
| Ryan A. Hargrave (TX Bar No. 24071516) | Karon N. Fowler, Bar No. 308145 |
| (*Pro Hac Vice*) | karon.fowler@morganlewis.com |
| Alexander E. Gasser (WI Bar No. 24033073) | MORGAN LEWIS & BOCKIUS LLP |
| (*Pro Hac Vice*) | 110 North Wacker Drive |
| SKIERMONT DERBY LLP | Chicago, IL 60606 |
| 1601 Elm Street, Suite 4400 | Telephone: +1.312.324.1000 |
| Dallas, TX 75201 | |
| Phone: (214) 978-6600 | *Attorneys for Defendant* |
| Fax: (214) 978-6601 | Dropbox, Inc. |
| pskiermont@skiermontderby.com | |
| jolin@skiermontderby.com | |
| rhargrave@skiermontderby.com | |
| agasser@skiermontderby.com | |
| | |
| *Attorneys for Plaintiff* | |
| Entangled Media, LLC | |

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

/s/ *Alexander E. Gasser*