**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

|   | **Claim Term/Phrase** | **Plaintiff's Proposed Construction and Evidence[1]** | **Defendant's Proposed Construction and Evidence** |
|---|---|---|---|
| 1. | Providing by the at least one server the single master meta-index and meta-indices for each of the other multiple devices to each of the multiple devices via the individual software clients ('338 cl.1) | No construction needed; plain and ordinary meaning<br><br>However, to the extent the Court determines that a specific construction is warranted:<br><br>"The at least one server provides to each of the multiple devices via the individual software clients the single master meta-index with each of the meta-indices of each of the other devices."<br><br>**Intrinsic Evidence:**<br>6:4-6:24.<br><br>From the '338 Patent's file history, the August 3, 2012 Response to the Office Action from April 26, 2012, in particular, pp. 9-10 thereof.<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence. | **"The at least one server provides to each of the multiple devices via the individual software clients both (1) the single master meta-index and (2) each of the separate, individual meta-indices of each of the other devices."**<br><br>**Intrinsic Evidence:**<br>'338 Patent 2:55-3:8, 3:28-50, 6:4-41; *see also* '338 Patent claim 1; *see also* 2012-04-26 Non Final Rejection; 2012-07-20 Amendment and Response (including arguments and remarks)<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"index," Microsoft Computer Dictionary (5th ed.); "device," Microsoft Computer Dictionary (5th ed.); "index, n." Oxford English Dictionary (2d ed.); "device," Oxford English Dictionary (2d ed.) |
| 2. | Continually updating the single master meta-index on | No construction needed; plain and ordinary meaning | **"Running update software without interruption to immediately update in** |

---

[1] Each party reserves the right to rely upon intrinsic or extrinsic evidence identified by the other party.

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

|   | **Claim Term/Phrase** | **Plaintiff's Proposed Construction and Evidence[1]** | **Defendant's Proposed Construction and Evidence** |
|---|---|---|---|
|   | the at least one server and each of the multiple devices in response to changes to the data indexed thereon ('338 cl.1) | However, to the extent the Court determines that a specific construction is warranted:<br><br>**While the software client is running, updating the single master meta-index on the at least one server and each of the multiple devices in response to changes to the data indexed thereon**<br><br>**Intrinsic Evidence:**<br>3:6-8; 3:48-50; 6:42-60; 7:62-8:22<br><br>Figs. 2 & 3;<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence. | **response to changes to the data indexed on each of the multiple devices (1) the single master meta-index on the at least one server, and (2) the single master meta-index on each of the multiple devices."**<br><br>**Intrinsic Evidence:**<br>'338 Patent 2:55-3:8, 3:28-50, 6:4-7:11; *see also* '338 Patent claim 1; 2012-04-26 Non Final Rejection; 2012-07-20 Amendment and Response (including arguments and remarks)<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"index," Microsoft Computer Dictionary (5th ed.); "server," Microsoft Computer Dictionary (5th ed.); "device," Microsoft Computer Dictionary (5th ed.); "data," Microsoft Computer Dictionary (5th ed.); "device," Oxford English Dictionary (2d ed.) |
| 3. | "visual representation of virtual files on a remote one of each of the multiple devices that is indistinguishable from a | **"The same list of files is shown on multiple devices regardless whether those files include both virtual and actual files"**<br><br>**Intrinsic Evidence:** | **Plain and ordinary meaning**<br><br>**Intrinsic Evidence:**<br>'338 Patent 6:34-36, 7:62-8:6; *see also* '338 Patent claims 1, 5; *see also* '338 Patent, |

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

| | Claim Term/Phrase | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|
| | visual representation of an actual file that is located on a local one of the multiple devices. ('338 cl. 5) | 5:6-23; 5:24-35; 6:22-24; 6:30-36; 7:62-8:22;<br><br>Fig. 6<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence. | claim 5; *see also* 2012-04-26 Non Final Rejection; 2012-07-20 Amendment and Response (including arguments and remarks); *see also see also* '260 Patent Prosecution History - Applicant's Amendment and Response to October 25, 2012 Office Action at 6-7, October 25, 2012 Office Action, March 26, 2013 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"file," Microsoft Computer Dictionary (5th ed.); "device," Microsoft Computer Dictionary (5th ed.); "device," Oxford English Dictionary (2d ed.); "indistinguishable," Oxford English Dictionary (2d ed.) |
| 4. | Singular file system ('338 cl. 1, 7; '260 cl. 1, 4, 5, 7, 8) | **"System wherein local and virtual files are shown in the same directories/folders"**<br><br>**Intrinsic Evidence:[2]** | **"A system with a common, unified view of all data across more than one device so that all of a user's devices appear to share one single native file system containing all** |

---

[2] Since the specifications of the '338 and '260 Patents are substantively identical, citations to the specification are made only to the '338 Patent, (unless otherwise stated) regardless if a term for construction appears only in the '260 Patent's claims

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

| | Claim Term/Phrase | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|
| | | Abstract, 1:19-46; 1:50-2:11; 2:12-2:51; 2:52-54; 2:55-3:8; 3:9-3:27; 3:28-3:50; 4:25-35; 5:6-23; 5:24-35; 5:59-64; 6:4-36; 7:27-34; 7:35-61; 7:62-8:22; 9:20-47;<br><br>Figs. 2, 3, and 6;<br><br>November 13, 2023 Response to Office Action in the '260 Patent's Reexam Control Number 90/015,221, in particular, pp. 4-5, 8-12, 14-15, 17-18.<br><br>**Extrinsic Evidence:**<br>Microsoft Computer Dictionary (4th ed. 1999 and other versions with the same definition), definition of "file system" ("In an operating system, the overall structure in which files are named, stored, and organized. A file system consists of files, directories, or folders, and the information needed to locate and access these items. The term can also refer to the portion of an operating system that translates requests for file operations from an application program into low-level, sector-oriented tasks that can be understood by the drivers controlling the disk drives."). EM00001672-1674. | of the user's files across all devices."<br><br>**Intrinsic Evidence:**<br>'338 Patent – 2:12-18,5:6-12; *see also* '338 Patent claims 1, 7, 10; *see also* Applicant's Remarks in Response to Unified Patent Ex-Parte Re-examination, dated November 13, 2023 at 7-12; *see also* 2012-04- 26 Non Final Rejection; 2012-07-20 Amendment and Response (including arguments and remarks)<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence<br><br>"file system," Microsoft Computer Dictionary (5th ed.); "singular," Oxford English Dictionary (2d ed.); "singular," Oxford English Dictionary (last modified Dec. 2023) |
| 5. | **Appear indistinguishable to the singular file system** ('260 c. 1) | "Manageable by the singular file system as if they are stored in the same location" | Indefinite<br><br>**Intrinsic Evidence:** |

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

| | Claim Term/Phrase | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|
| | / Modifying the singular file system on the first device to make local files and virtual files **appear indistinguishable to the singular file system** ('260 cl.1) | In light of Plaintiff's proffered constructions for "singular file system" and "appear indistinguishable to the singular file system," no additional construction is needed; plain and ordinary meaning for the remainder of this phrase<br><br>**Intrinsic Evidence:**<br>5:6-23; 5:24-35; 6:22-24; 6:30-36; 7:62-8:22;<br><br>Fig. 6<br><br>From the '260 Patent's file history, the January 23, 2013 Response to the Office Action from October 25, 2012, in particular, pp. 6-7 thereof.<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>From the above Microsoft computer dictionary, Fifth Edition. Microsoft Press, 2002; information hiding (p. 271); encapsulation (192); and, abstraction (p. 12).<br><br>"The Java Tutorials – Controlling Access to Members of a Class." | '260 Patent 7:66-8-25, 6:38-40; *see also* '260 Patent claim 1; *see also* Applicant's Amendment and Response to October 25, 2012 Office Action at 6-7, October 25, 2012 Office Action, March 26, 2013 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence<br><br>"appear," Oxford English Dictionary (2d ed.); "modify," Oxford English Dictionary (2d ed.); "file system," Microsoft Computer Dictionary (5th ed.); "singular," Oxford English Dictionary (2d ed.); "singular," Oxford English Dictionary (last modified Dec. 2023); "indistinguishable," Oxford English Dictionary (2d ed.) |

EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS

|   | **Claim Term/Phrase** | **Plaintiff's Proposed Construction and Evidence[1]** | **Defendant's Proposed Construction and Evidence** |
|---|---|---|---|
|   |   | https://web.archive.org/web/20090226122356/http://java.sun.com/docs/books/tutorial/java/javaOO/accesscontrol.html. Archived on February 26, 2009.<br><br>"The Java Tutorials – Interfaces." https://web.archive.org/web/20090226141004/http://java.sun.com/docs/books/tutorial/java/IandI/createinterface.html. Archived on February 26, 2009. |   |
| 6. | **Is identical to** ('260 cl. 1, 7) / A visual representation of the singular file system on the first device **is identical to** a visual representation of the singular file system on the second device ('260 cl.1) | **"Shows the same list of files as"**<br><br>In light of Plaintiff's proffered constructions for "singular file system" and "is identical to," no additional construction is needed; plain and ordinary meaning for the remainder of this phrase.<br><br>**Intrinsic Evidence:** 5:6-23; 5:24-35; 6:22-24; 7:62-8:22;<br><br>Fig. 6<br><br>November 13, 2023 Response to Office Action in the '260 Patent's Reexam Control Number 90/015,221, in particular, pp. 4-5, 8-12, 14-15, 17-18.<br><br>**Extrinsic Evidence:** | With respect to "is identical to": **"exactly the same as and does not differ in any way from"**<br><br>**Intrinsic Evidence:** '260 Patent 3:13-32, 6:8-45; *see also* '260 Patent claim 1; *see also* Applicant's Remarks in Response to Unified Patent Ex-Parte Re-examination, dated November 13, 2023 at 7, 12-20.<br><br>**Extrinsic Evidence:** Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"identical," Oxford English Dictionary (2d ed.) |

EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS

| | Claim Term/Phrase | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|
| | | Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence. | With respect to: "A visual representation of the singular file system on the first device **is identical to** a visual representation of the singular file system on the second device": **"a visual representation of the singular file system on the first device is exactly the same as and does not differ in any way from a visual representation of the singular file system on the second device"**<br><br>**Intrinsic Evidence:**<br>260 Patent 3:13-32, 6:8-45; *see also* '260 Patent claim 1; *see also* Applicant's Remarks in Response to Unified Patent Ex-Parte Re-examination, dated November 13, 2023 at 7, 12-20.<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"representation," Oxford English Dictionary (2d ed.); identical," Oxford English Dictionary (2d ed.); "device," Microsoft Computer Dictionary (5th ed.); "device," Oxford English Dictionary (2d ed.) |

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

|   | **Claim Term/Phrase** | **Plaintiff's Proposed Construction and Evidence[1]** | **Defendant's Proposed Construction and Evidence** |
|---|---|---|---|
| 7. | Requesting by a software client on the first device that a peer-to-peer connection be brokered by server-based web service between the first and second device ('260 cl.1) | No construction needed; plain and ordinary meaning<br><br>However, to the extent the Court determines that a specific construction is warranted:<br><br>**"a software client on the first device requests that a server-based web service provide communication parameters for a peer-to-peer connection between the first and second device."**<br><br>**Intrinsic Evidence:**<br>Fig. 2 (S30); Fig. 3 (S70); Figs. 4-5<br><br>4:43-53; 6:42-55; 7:2-11; 8:38-67; 8:45-48.<br><br>23 January 2013 response to the Office Action dated October 25, 2012<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>See also, generally, Microsoft Press. Microsoft computer dictionary. Fifth Edition. Microsoft Press, 2002. | **"a software client on the first device requests that a server-based web service establish a peer-to-peer connection between the first and second device."**<br><br>**Intrinsic Evidence:**<br>'260 Patent 3:13-32, 4:48-58, 7:6-12, 8:45-54; *see also* '260 Patent claim 1.<br><br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"Peer-to-peer architecture," Microsoft Computer Dictionary (5th ed.); "peer," Microsoft Computer Dictionary (5th ed.); "peer-to-peer communications," Microsoft Computer Dictionary (5th ed.); "Peer-to-peer network," Microsoft Computer Dictionary (5th ed.); "peer-to-peer," Oxford English Dictionary (published Sept. 2017; last modified July 2023); "device," Microsoft Computer Dictionary (5th ed.); "device," Oxford English Dictionary (2d ed.) |

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

| | Claim Term/Phrase | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|
| 8. | Transferring the corresponding physical file from the second device to the first device ('260 cl.1) | No construction needed; plain and ordinary meaning<br><br>However, to the extent the Court determines that a specific construction is warranted: **"transmitting the data of the corresponding physical file from the second device to the first device."**<br><br>**Intrinsic Evidence:**<br>Abstract,<br><br>4:59-61; 6:47-64; 8:36-67.<br><br>Figs. 2, 3,<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>From the above Microsoft computer dictionary, Fifth Edition. Microsoft Press, 2002; file transfer (p. 213); and FTP (p. 227). | **"relocating the content of the corresponding file off of the second device and to the first device"**<br><br>'260 Patent 3:13-32, 6:46-7:4, 8:10-20; '260 Patent claims 1, 6.<br><br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"transfer," Microsoft Computer Dictionary (5th ed.); "transfer," Oxford English Dictionary (2d ed.); "transfer," Oxford English Dictionary (last modified Dec. 2023); "physical," Oxford English Dictionary (OED Additions Series, Vol. 2 (1993); revised March 2006; last modified Sept. 2023); "corresponding," Oxford English Dictionary (2d ed.); "device," Microsoft Computer Dictionary (5th ed.); "device," Oxford English Dictionary (2d ed.) |
| 9. | The virtual files indistinguishable from the local files ('338 cl. 1) / | **"The virtual files manageable as if they were local files"** | **Plain and ordinary meaning**<br><br>**Intrinsic Evidence:**<br>'338 Patent 6:34-36, 7:62-8:6; *see also* '338 |

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

| | Claim Term/Phrase | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|
| | **The virtual files indistinguishable from the local files** by the local file system at each of the multiple devices ('338 cl.1) | In light of Plaintiff's proffered construction for "the virtual files indistinguishable from the local files," no additional construction is needed; plain and ordinary meaning for the remainder of this phrase<br><br>**Intrinsic Evidence:**<br>5:6-23; 5:24-35; 6:15-24; 7:62-8:22;<br><br>Fig. 6;<br><br>From the '338 Patent's file history, the August 3, 2012 Response to the Office Action from April 26, 2012, in particular, pp. 9-10 thereof.<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>From the above Microsoft computer dictionary, Fifth Edition. Microsoft Press, 2002; information hiding (p. 271); encapsulation (192); and, abstraction (p. 12).<br><br>"The Java Tutorials – Controlling Access to Members of a Class."<br>https://web.archive.org/web/2009022612235 | Patent claims 1, 5; *see also* 2012-04-26 Non Final Rejection; 2012-07-20 Amendment and Response (including arguments and remarks); *see also* '260 Patent Prosecution History - *see also* Applicant's Amendment and Response to October 25, 2012 Office Action at 6-7, October 25, 2012 Office Action, March 26, 2013 Notice of Allowance.<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"file," Microsoft Computer Dictionary (5th ed.); "device," Microsoft Computer Dictionary (5th ed.); "device," Oxford English Dictionary (2d ed.); "indistinguishable," Oxford English Dictionary (2d ed.) |

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

|  | **Claim Term/Phrase** | **Plaintiff's Proposed Construction and Evidence[1]** | **Defendant's Proposed Construction and Evidence** |
|---|---|---|---|
|  |  | 6/http://java.sun.com/docs/books/tutorial/java/javaOO/accesscontrol.html. Archived on February 26, 2009.<br><br>"The Java Tutorials – Interfaces." https://web.archive.org/web/20090226141004/http://java.sun.com/docs/books/tutorial/java/IandI/createinterface.html. Archived on February 26, 2009. |  |
| 10. | Pushing the physical file back to the second device ('260 cl.6) | No construction needed; plain and ordinary meaning<br><br>However, to the extent the Court determines that a specific construction is warranted: **"Transmitting the data of the physical file to the second device at the instigation of the first device."**<br><br>**Intrinsic Evidence:**<br>Abstract, 4:59-61; 6:47-67.<br><br>**Extrinsic Evidence:**<br>Plaintiff will offer the expert testimony about the meaning of this term from the perspective of a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence. | **"pushing the content of the file off of the first device and back to the second device"**<br><br>**Intrinsic Evidence:**<br>'260 Patent 6:8-7:15; *see also* '260 Patent claims 1, 6.<br><br>**Extrinsic Evidence:**<br>Defendant will rely on expert testimony about the meaning of the term as understood by a person of ordinary skill in the art at the time of the invention in light of the intrinsic and extrinsic evidence.<br><br>"push," Oxford English Dictionary (2d ed.); "push," Oxford English Dictionary (revised Dec. 2007; last modified Dec. 2023); "push," Microsoft Computer Dictionary (5th ed.); "back, adv.," Oxford English Dictionary (2d ed.); "physical," Oxford English Dictionary (OED Additions Series, Vol. 2 (1993); |

**EXHIBIT A – PARTIES' PROPOSED CLAIM CONSTRUCTIONS**

| | Claim Term/Phrase | Plaintiff's Proposed Construction and Evidence[1] | Defendant's Proposed Construction and Evidence |
|---|---|---|---|
| | | *See also*, Microsoft Press. Microsoft computer dictionary. Fifth Edition. Microsoft Press, 2002, "push" and "pull" at pp. 430-431 | revised March 2006; last modified Sept. 2023); "device," Microsoft Computer Dictionary (5th ed.); "device," Oxford English Dictionary (2d ed.) |