UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DROPBOX INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-03264-PCP (VKD)<br><br>**INTERIM ORDER RE SEPTEMBER 17, 2024 DISCOVERY LETTER**<br><br>Re: Dkt. No. 148 |

Based on the discussion at the October 1, 2024 hearing, the parties shall confer with one another regarding the printed pages of defendant's source code that plaintiff says it needs and why. The parties shall file supplemental declarations as follows:

1. Plaintiff's supplemental declaration shall be filed by October 8, 2024.
2. Defendant's responsive supplemental declaration shall be filed by October 15, 2024.

**IT IS SO ORDERED.**

Dated: October 1, 2024

Virginia K. DeMarchi
United States Magistrate Judge