UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DROPBOX, INC.,<br><br>  Defendant. | Case No. 23-cv-03264-PCP (VKD)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SEAL RE MOTION TO AMEND INVALIDITY CONTENTIONS**<br><br>Re: Dkt. No. 160 |

On October 2, 2024, defendant Dropbox, Inc. ("Dropbox") filed a motion for leave to amend its invalidity contentions, along with a motion to seal. *See* Dkt. Nos. 160, 165. Dropbox requested sealing on the ground that its motion to amend "cites information which Entangled Media has designated as Highly Confidential – Attorneys' Eyes Only." Dkt. No. 160 at 2. Entangled Media has filed a statement confirming that sealing is not required for any portion of Dropbox's motion to amend invalidity contentions, and that the motion may be filed publicly in its entirety. Dkt. No. 169.

Accordingly, Dropbox's motion to seal its motion for leave to amend its invalidity contentions is denied. By **October 15, 2024**, Dropbox shall file its motion for leave to amend its invalidity contentions (previously redacted at Dkt. No. 165) in unredacted form on the public docket.

**IT IS SO ORDERED.**

Dated: October 10, 2024

Virginia K. DeMarchi
United States Magistrate Judge