John E. Lord (SBN 216111)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545
jlord@skiermontderby.com

Paul J. Skiermont (TX Bar No. 24033073)
(*Pro Hac Vice*)
Jaime K. Olin (SBN 243139)
Ryan A. Hargrave (TX Bar No. 24071516)
(*Pro Hac Vice*)
Alexander E. Gasser (WI Bar No. 24033073)
(*Pro Hac Vice*)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
jolin@skiermontderby.com
rhargrave@skiermontderby.com
agasser@skiermontderby.com

*Attorneys for Plaintiff*
Entangled Media, LLC

Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Austin L. Zuck, Bar No. 318434
austin.zuck@morganlewis.com
Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: +1.650.843.4000

Karon N. Fowler, Bar No. 308145
karon.fowler@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: +1.312.324.1000

Elena DiMuzio (SBN 239953)
edimuzio@hycounsel.com
Hawkinson Yang LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
Telephone: (213) 636-1976
Facsimile: (213) 260-9305

*Attorneys for Defendant*
Dropbox, Inc.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>DROPBOX, INC.,<br><br>              Defendant. | C.A. No. 5:23-cv-03264-PCP-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT ORDER** |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Entangled Media, LLC ("Entangled Media") and Defendant Dropbox, Inc. ("Dropbox") (collectively, "the Parties") submit this Joint Stipulation to request that the Court extend only the fact discovery and

completion of ADR deadlines in the current Case Management Order. (Dkt. 124). This is only the third time the Parties have requested any type of extension. This extension does not move any case deadlines other than the current close of fact discovery and completion of ADR proceedings. The stipulated [proposed] modifications to the Case Management Order are filed concurrently as Exhibit A and show the current and proposed new deadlines.

## **Reasons for the Requested Enlargement of Time**

On September 17, 2024, the parties submitted a joint discovery dispute letter to Judge DeMarchi concerning certain source code printing requests by Entangled Media.  Dkt. 147-2.  A hearing on the dispute was conducted, and the Court ordered the parties to file supplemental declarations on the issue. Dkt. 158.  The parties provided the ordered declarations thereafter. Dkts. 166-2 and 175-3. This discovery issue remains pending, and the availability of this printed source code is directly relevant to the Rule 30(b)(6) deposition of Dropbox on technical issues, as previously scheduled for October 31, 2024.  In order to allow the Court to resolve this pending source code issue, and also to accommodate Dropbox's 30(b)(6) witness schedule, the parties have agreed to conduct this 30(b)(6) after the current November 4, 2024 fact discovery deadline. The parties have tentatively discussed conducting this 30(b)(6) deposition during the week of November 11, 2024.

Due to scheduling issues, the parties have also agreed that Dropbox will take the deposition of Entangled Media's Rule 30(b)(6) designee solely regarding Younity source code on November 7, 2024.

In order to accommodate the above events and witness schedules, the parties jointly agree and propose amending the deadline for close of fact discovery to November 22, 2024.[1] The parties agree that the deadline for serving any new written discovery requests has already passed, and the parties are

---

[1] In view of the Court recently granting Dropbox's Motion to Amend Answer and Counterclaims (Dkt. 151-3) to add inequitable conduct and inventorship defenses to the case, the parties will confer in good faith to determine whether an additional deposition of patent prosecution attorney Dawn Marie-Bey, which Entangled Media presently believes is necessary, can be accommodated within the presently requested November 22, 2024, extension of fact discovery.  The parties will promptly notify the Court of any necessary extension.

not now seeking any extension that would allow the service of new written discovery requests or new depositions.[2]

With respect to ADR proceedings, the parties have agreed upon a mediator, and additionally agree that the likelihood of mediation leading to a settlement of this litigation will be increased if the mediation can take place after the parties have completed the two remaining 30(b)(6) fact depositions and exchanged at least opening expert reports. For this reason, the parties have tentatively agreed to conduct mediation on December 12, 2024. Since this date is after the current deadline to conduct ADR proceedings, the parties jointly request the Court to extend this deadline to January 30, 2025, in order to accommodate the mediator's availability and allow for any mediation follow-up if necessary.

**Previous Time Modifications in the Case**

On August 19, 2024, the parties filed a Joint Stipulation and Proposed Order to Extend Certain Deadlines in the Case Management Order. Dkt. 122. The proposed extensions in the Joint Stipulation and Proposed Order were to account for (i) the then-pending claim construction issues, (ii) scheduling for Dropbox's Rule 30(b)(6) designee on technical topics, and (iii) Dropbox's review of Entangled Media's source code and the subsequent deposition of Entangled Media's Rule 30(b)(6) designee on that source code. The Joint Stipulation and Proposed Order was granted. Dkt. 124.

**Effect of the Requested Time Modification on the Schedule**

In view of the foregoing, the parties respectfully submit that good cause exists to modify the schedule as outlined in Exhibit A, with changes only to the dates for close of fact discovery and completion of ADR proceedings. The remaining dates, including the pre-trial conference and trial dates will not be altered.

Wherefor the Parties agree that extending the current deadlines is appropriate and request that the Court enter the Amended/Modified Case Management Order, as set forth in Exhibit A.

---

[2] The parties agree that the only depositions that may take place during the proposed extension of fact discovery to November 22, 2024 are the aforementioned two 30(b)(6) depositions, the deposition of Ms. Dawn-Marie Bey if she is available during this period, Michael Birch—an additional third-party previously subpoenaed by Dropbox, and any other deposition that Entangled Media and Dropbox agree to.

IT IS SO STIPULATED:

Dated: November 4, 2024                          Respectfully submitted,

/s/ *John E. Lord*                               /s/ *Michael J. Lyons*
John E. Lord (SBN 216111)                        Michael J. Lyons, Bar No. 202284
SKIERMONT DERBY LLP                              michael.lyons@morganlewis.com
633 W. Fifth Street, Suite 5800                  Austin L. Zuck, Bar No. 318434
Los Angeles, CA 90071                            austin.zuck@morganlewis.com
Phone: (213) 788-4500                            Katerina Hora Jacobson, Bar No. 342384
Fax: (213) 788-4545                              katerina.horajacobson@morganlewis.com
jlord@skiermontderby.com                         MORGAN LEWIS & BOCKIUS LLP
                                                 1400 Page Mill Road
Paul J. Skiermont (TX Bar No. 24033073)          Palo Alto, CA 94304
(*Pro Hac Vice*)                                 Telephone: +1.650.843.4000
Jaime K. Olin (SBN 243139)
Ryan A. Hargrave (TX Bar No. 24071516)           Karon N. Fowler, Bar No. 308145
(*Pro Hac Vice*)                                 karon.fowler@morganlewis.com
Alexander E. Gasser (WI Bar No. 24033073)        MORGAN LEWIS & BOCKIUS LLP
(*Pro Hac Vice*)                                 110 North Wacker Drive
SKIERMONT DERBY LLP                              Chicago, IL 60606
1601 Elm Street, Suite 4400                      Telephone: +1.312.324.1000
Dallas, TX 75201
Phone: (214) 978-6600                            Elena DiMuzio (SBN 239953)
Fax: (214) 978-6601                              edimuzio@hycounsel.com
pskiermont@skiermontderby.com                    Hawkinson Yang LLP
jolin@skiermontderby.com                         8033 W. Sunset Blvd. #3300
rhargrave@skiermontderby.com                     Los Angeles, CA 90046
agasser@skiermontderby.com                       Telephone: (213) 636-1976
                                                 Facsimile: (213) 260-9305
*Attorneys for Plaintiff*
Entangled Media, LLC                             *Attorneys for Defendant*
                                                 Dropbox, Inc.


**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

document has been obtained from any other signatory to this document.

/s/ *Alexander E. Gasser*

**EXHIBIT A - [PROPOSED] AMENDED CASE MANAGEMENT ORDER**

| EVENT | CURRENT DEADLINES | PROPOSED NEW DEADLINES |
|---|---|---|
| ADR Proceedings to be conducted. | Not later than 45 days after service by the Court of its Claim Construction Ruling | January 30, 2025 |
| Close of fact discovery. | November 4, 2024 | November 22, 2024 |
| Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B). | November 26, 2024 | No change. |
| Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B). | November 26, 2024 | No change. |
| Parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served. | January 6, 2025 | No change. |
| Close of Expert Discovery | January 19, 2025 | No change. |
| Dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed. | February 4, 2025 | No change. |
| Responses to dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed and served on all other parties. | March 7, 2025 | No change. |

| EVENT | CURRENT DEADLINES | PROPOSED NEW DEADLINES |
|---|---|---|
| Replies in support of dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed and served on all other parties. | March 14, 2025 | No change. |
| Pretrial Conference | June 10, 2025 | No change. |
| Trial | July 14, 2025 | No change. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.



DATED: _____    _____
                                    HONORABLE P. CASEY PITTS
                                    UNITED STATES DISTRICT JUDGE