1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons, Bar No. 202284
2  michael.lyons@morganlewis.com
   Austin L. Zuck, Bar No. 318434
3  austin.zuck@morganlewis.com
   Katerina Hora Jacobson, Bar No. 342384
4  katerina.horajacobson@morganlewis.com
   1400 Page Mill Road
5  Palo Alto, CA  94304
   Tel:    +1.650.843.4000
6  Fax:    +1.650.843.4001

7  MORGAN, LEWIS & BOCKIUS LLP
   Karon N. Fowler, Bar No. 308145
8  karon.fowler@morganlewis.com
   110 North Wacker Drive
9  Chicago, IL 60606-1511
   Tel: +1.312.324.1000
10 Fax: +1.312.324.1001

11 Attorneys for Defendant
   Dropbox, Inc.

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17 ENTANGLED MEDIA, LLC,                    Case No. 5:23-cv-03264-PCP

18                 Plaintiff,               **DECLARATION OF MICHAEL J.
                                            LYONS IN SUPPORT OF DROBOX,**
19         v.                               **INC'S MOTION TO COMPEL
                                            PRODUCTION OF WITHHELD**
20 DROPBOX, INC.,                           **LITIGATION FUNDING DOCUMENTS**

21                 Defendant.               Judge:  Hon. P. Casey Pitts
                                            Dept.:  Courtroom 8 – 4th Floor
22                                          Hearing Date:  January 2, 2025
                                            Hearing Time:  10:00 a.m.
23

24

25

26

27

28

DECL. OF MICHAEL J. LYONS ISO
                                            DROPBOX MOTION TO COMPEL
                                            WITHHELD LITIGATION FUNDING
                                            DOCUMENTS
                                            Case No. 5:23-CV-03264-PCP

I, Michael J. Lyons, hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California and an partner with the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant Dropbox, Inc. ("Dropbox") in this action. I submit this declaration in support of Dropbox's Motion to Compel Production of Litigation Funding Documents. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2.    Attached to this declaration as Exhibit A is a true and correct copy of Entangled Media's "Second Corrected Amended Privilege Log" as served on September 18, 2024 with color highlighting added for annotation purposes.

3.    Attached to this declaration as Exhibit B is a true and correct copy of Entangled Media's "Second Supplemental Privilege Log" as served on November 22, 2024 with color highlighting added for annotation purposes.

4.    Attached to this declaration as Exhibit C is a true and correct copy of an excerpt from the deposition of Erik Caso, which took place on August 7, 2024.

5.    Attached to this declaration as Exhibit D is a true and correct copy of an excerpt from the deposition of Michael Abraham, which took place on July 11, 2024.

6.    Attached to this declaration as Exhibit E is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00025305.

7.    Attached to this declaration as Exhibit F is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00029635.

8.    Attached to this declaration as Exhibit G is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00131091.

9.    Attached to this declaration as Exhibit H is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00151283.

10.    Attached to this declaration as Exhibit I is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00175271.

DECL. OF MICHAEL J. LYONS ISO
DROPBOX MOTION TO COMPEL
WITHHELD LITIGATION FUNDING
DOCUMENTS
Case No. 5:23-CV-03264-PCP

11.     Attached to this declaration as Exhibit J is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00029496.

12.     Attached to this declaration as Exhibit K is a true and correct copy of an email from Alex Gasser, counsel for Entangled Media, LLC, dated September 4, 2024.

13.     Attached to this declaration as Exhibit L is a true and correct copy of an excerpt from the August 20, 2024 hearing transcript in the above-captioned action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 25th day of November 2024, at Palo Alto, California.

/s/ Michael J. Lyons
Michael J. Lyons

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

DECL. OF MICHAEL J. LYONS ISO
DROPBOX MOTION TO COMPEL
WITHHELD LITIGATION FUNDING
DOCUMENTS
Case No. 5:23-CV-03264-PCP