MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Austin L. Zuck, Bar No. 318434
austin.zuck@morganlewis.com
Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Nicholas A. Restauri (*pro hac vice*)
nicholas.restauri@morganlewis.com
Karon N. Fowler, Bar No. 308145
karon.fowler@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Attorneys for Defendant
Dropbox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>DROPBOX, INC.,<br><br>                    Defendant. | Case No. 5:23-cv-03264-PCP<br><br>**DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF DROPBOX'S MOTION TO AMEND SCHEDULING ORDER TO COMPEL SUPPLEMENTAL PRIVILEGE LOG AND PRODUCTION OF WAIVED PRIVILEGED MATERIAL** |

I, Michael J. Lyons, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and partner at the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant Dropbox, Inc. ("Dropbox") in this action. I submit this declaration in support of Dropbox's Motion to Amend Scheduling Order to Compel Supplemental Privilege Log and Production of Waived Privileged Material. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would competently testify thereto.

2. Attached to this declaration as Exhibit A is a true and correct copy of Entangled Media's "Second Corrected Amended Privilege Log" as served on September 18, 2024.

3. Attached to this declaration as Exhibit B is a true and correct copy of Entangled Media's "Second Supplemental Privilege Log" as served on November 22, 2024.

4. Attached to this declaration as Exhibit C is a true and correct copy of Entangled Media's "Privilege Log" as served on August 12, 2024.

5. Attached to this declaration as Exhibit D is a true and correct copy of Entangled Media's "Amended Privilege Log" as served on September 4, 2024.

6. Attached to this declaration as Exhibit E is a true and correct copy of transcript excerpts of the hearing before this Court on August 20, 2024 regarding discovery and litigation funding documents.

7. Attached to this declaration as Exhibit F is a true and correct copy of email communication between A. Gasser and K. Fowler, among others, that occurred between November 8, 2024 and December 4, 2024.

8. Attached to this declaration as Exhibit G is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00221436.

9. Exhibit H to my declaration in support of Dropbox's Motion is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00220143.

10. Attached to this declaration as Exhibit I is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00220463.

11. Attached to this declaration as Exhibit J is a true and correct copy of a series of emails between A. Gasser and K. Fowler regarding Plaintiff's privilege logs dated from September 4, 2024 to September 6, 2024.

12. Attached to this declaration as Exhibit L is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00219930.

13. Attached to this declaration as Exhibit M is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00225351.

14. Attached to this declaration as Exhibit N is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00220107.

15. Attached to this declaration as Exhibit O is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00220079.

16. Attached to this declaration as Exhibit P is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00238384.

17. Attached to this declaration as Exhibit Q is a true and correct copy of a document produced by Entangled Media in this case at Bates no. EM_00238399.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 9th day of December 2024, at Palo Alto, California.

/s/ Michael J. Lyons
Michael J. Lyons

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECL. OF MICHAEL J. LYONS ISO MOTION TO CONSIDER FILE UNDER SEAL
Civil Action No.: 5:23-cv-03264-PCP

3