# EXHIBIT F

# Hora Jacobson, Katerina

| | |
|---|---|
| **From:** | Alex Gasser <AGasser@skiermontderby.com> |
| **Sent:** | Wednesday, December 4, 2024 5:32 PM |
| **To:** | Fowler, Karon N.; John Lord; Carolyn Bridwell; Ryan Hargrave; Jaime Olin; Entangled Media |
| **Cc:** | Hora Jacobson, Katerina; Lyons, Michael J.; MLB Dropbox - Entangled Media |
| **Subject:** | RE: [EXTERNAL] RE: Entangled Media - Extension to Respond |

[EXTERNAL EMAIL]
Karon,

Following up on your inquiry, I confirm that every one of the ten documents that we produced from prosecution-related correspondence that (i) were from the same email thread as the initially produced document (i.e., EM_00221436-437), and/or (ii) that mentioned Matt Drew, was recited within Plaintiff's privilege logs. It is our further understanding that these two sets of documents are coextensive with such prosecution documents that relate to inventorship.

Regards,

Alex

_____

Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Tuesday, December 3, 2024 11:06 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

Hi Alex,

Thanks for your message. While I appreciate that you may have been traveling, I know that we received email correspondence from you on 11/21, 11/22, and 11/25—all of which occurred after our original inquiry. And I know that we have also received additional correspondence from your team members since then. As such, there appears to be no reason for the delayed response. Since you have indicated that you will not respond this evening (bringing the number of days since our original inquiry to 12), we look forward to receiving your response as soon as possible tomorrow. Have a good night.

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Tuesday, December 3, 2024 10:57 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

[EXTERNAL EMAIL]
Karen,

I have been travelling, and just returned late this evening. I plan to respond tomorrow. Have a good night.

Alex

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Tuesday, December 3, 2024 10:55 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

Alex,

Will you be providing a response to the questions below?

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

2

**From:** Fowler, Karon N.
**Sent:** Monday, December 2, 2024 2:38 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

Hi Alex,

Following up on the below. It has been over a week, and you have not clarified your position. Please provide a response.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Friday, November 22, 2024 3:19 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

Alex,

We write to follow up on the below. Can you please also confirm whether you are producing (i) all documents that relate to inventorship, or (ii) only those inventorship-related documents that "make any mention of Matt Drew"?

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

karon.fowler@morganlewis.com | www.morganlewis.com

---

**From:** Fowler, Karon N.
**Sent:** Thursday, November 21, 2024 7:30 PM
**To:** 'Alex Gasser' <AGasser@skiermontderby.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

Alex,

We'll review the case you cite. In the meantime, why were these forthcoming "prosecution-related communications that make any mention of Matt Drew" not mentioned in response to my earlier email of 11/14? Were these withheld on the basis of privilege previously? If so, I assume that you logged them? If you did, to what entries in your September 18, 2024 log do these forthcoming "prosecution-related communications that make any mention of Matt Drew" constitute?

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Thursday, November 21, 2024 7:23 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

[EXTERNAL EMAIL]
Karon,

The scope of Entangled Media's waiver does not extend beyond communications regarding inventorship. In *Trireme Medical, LLC v. Angioscore, Inc.*, 2016 WL 4191828 (N.D. Cal. Aug. 9, 2016), the Court held that it did "not see a basis to extend AngioScore's waiver regarding inventorship to a broader disclosure of the whole patent-prosecution file." *Id.* at *2. In *Trireme,* the issue was whether the scope of AngioScore's waiver extends beyond documents regarding inventorship. Like Dropbox here, the plaintiff in *Trireme* argued that the disclosures are broader than "inventorship" and include claim

4

language, prior art, and patent scope, among other things. *Id*. It argued that it was entitled to the "entire prosecution file" to evaluate context and to avoid AngioScore's selective use of information to support its claims of inventorship. *Id*. The Court limited any further required production and waiver of privilege to documents about inventorship, and TriReme was not entitled to documents that bear no relationship to inventorship. *Id*. The Court in *Trireme* further distinguished the *Theranos* case which you cite below. As applied here, Entangled Media by tomorrow intends to produce all prosecution-related communications that make any mention of Matt Drew. *Trireme* confirms that the scope of waiver does not extend beyond this.

Regards,

Alex

_____

Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Wednesday, November 20, 2024 2:05 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

Alex,

Thank you for confirming that you have waived your privilege claim as to EM_00221436-437. Disclosing this correspondence with Ms. Bey constitutes a subject matter waiver of all documents and communications with Ms. Bey concerning prosecution of the asserted patents. *See, e.g.*, *Theranos, Inc. v. Fuisz Techs., Ltd.*, No. C 11-5236 PSG, 2013 WL 2153276, at *5 (N.D. Cal. May 16, 2013); *Phoenix Sols. Inc. v. Wells Fargo Bank, N.A.*, 254 F.R.D. 568, 579 (N.D. Cal. Oct. 22, 2008). This includes at least entry nos. 1, 49-51, 439, 450-455, 463-467, 471-497, 501-510, 553-558, 561, 564-566, and 569-570 on your September 18, 2024 second corrected amended privilege log. Please confirm that you will produce these documents immediately.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

karon.fowler@morganlewis.com | www.morganlewis.com

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Friday, November 15, 2024 2:31 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media - Extension to Respond

[EXTERNAL EMAIL]
Karon,

On issues relating to Dropbox's inequitable conduct allegations:

1. In view of Ms. Dawn-Marie Bey's very recent family tragedy, we do not intend to take her further deposition;

2. With respect to document production relating to inequitable conduct, we did produce document EM_00221436-437 on November 1, 2024;

3. The above document was not produced earlier, at least in part because it was listed on our privilege log.

Regards,

Alex
_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Thursday, November 14, 2024 2:19 PM
**To:** John Lord <JLord@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Alex Gasser <AGasser@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** [EXTERNAL] RE: Entangled Media - Extension to Respond


EXTERNAL

John,

After the hearing on 10/31, you indicated that you would be producing documents in connection with the inequitable conduct/invalidity issues by the end of the following week (i.e., week of 11/3). We have yet to receive those documents. If they exist, you need to produce them immediately. Please also explain why these documents were not produced previously and, if they were withheld on privilege grounds, why they were not logged.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>
**Sent:** Monday, November 11, 2024 6:07 PM
**To:** John Lord <JLord@skiermontderby.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Fowler, Karon N. <karon.fowler@morganlewis.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Alex Gasser <AGasser@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>
**Subject:** RE: Entangled Media - Extension to Respond

John,

Dropbox has no edits to the stipulation. You may file with Mike as signatory.

Thanks,
Katerina

**Katerina Hora Jacobson**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7238 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
katerina.horajacobson@morganlewis.com | www.morganlewis.com

**From:** John Lord <JLord@skiermontderby.com>
**Sent:** Monday, November 11, 2024 12:04 PM
**To:** Lyons, Michael J. <michael.lyons@morganlewis.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Fowler, Karon N. <karon.fowler@morganlewis.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Alex Gasser <AGasser@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>
**Subject:** RE: Entangled Media - Extension to Respond

[EXTERNAL EMAIL]
Mike/Katerina,

      Please confirm Dropbox will not oppose Entangled Media's extension request, per below, and has no edits to the proposed Stipulation we sent on Friday.

Thanks

---

**From:** John Lord
**Sent:** Friday, November 8, 2024 12:16 PM
**To:** michael.lyons@morganlewis.com; katerina.horajacobson@morganlewis.com; karon.fowler@morganlewis.com
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Alex Gasser <AGasser@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>
**Subject:** Entangled Media - Extension to Respond

Mike/Katerina,

      After the Court hearing last week, we discussed Entangled Media's extension to respond to the Dropbox's First Amended Answer that the Court entered adding inequitable conduct/improper inventorship defenses and claims. Attached is a draft with a proposed extension to December 6, in light of the intervening expert reports and holidays. Please confirm Dropbox consents and advise of any edits to the attached. We would like to file on Monday.

Regards,

John

_____

John Lord  |  Skiermont Derby LLP
633 West Fifth Street, Suite 5800, Los Angeles, California 90071
P: 213.788.4414 | F: 213.788.4545 | skiermontderby.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.