# EXHIBIT J

## Hora Jacobson, Katerina

| | |
|---|---|
| **From:** | Alex Gasser <AGasser@skiermontderby.com> |
| **Sent:** | Friday, September 6, 2024 6:14 PM |
| **To:** | Fowler, Karon N.; Carolyn Bridwell; Ryan Hargrave; Entangled Media; Jaime Olin; John Lord; Paul Skiermont |
| **Cc:** | MLB Dropbox - Entangled Media |
| **Subject:** | RE: [EXTERNAL] Entangled Media v. Dropbox, No. 5:23-cv-03264 (N.D. Cal.) - Service of Dropbox's Amended and Supplemental Privilege Logs |

[EXTERNAL EMAIL]
Counsel,

While processing various documents for production (including those that were identified to be produced with redactions, and those that were removed from the original privilege log), we noticed a small number of errors that will require corrections to the log provided to you on Wednesday, and to the production we anticipated completing by today.  These corrections to the status of certain log entries are minor, and relate to less than ten documents. Also, with the production of documents, we will need to update the log to include the production numbers, such that produced redacted documents can be properly matched up with the "record number" originally included in the log. We will have this exercise completed and provide a corrected/updated privilege log and production documents to you by Monday.

Thank you,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Alex Gasser
**Sent:** Wednesday, September 4, 2024 11:59 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; John Lord <jlord@skiermontderby.com>; Paul Skiermont <pskiermont@skiermontderby.com>
**Cc:** MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] Entangled Media v. Dropbox, No. 5:23-cv-03264 (N.D. Cal.) - Service of Dropbox's Amended and Supplemental Privilege Logs

Counsel,

Attached please find Entangled Media's Amended Privilege Log.

Please note that to the extent certain documents have dropped off the original log or which contain redactions, we intend to produce such documents tomorrow.

Also, please note that the second column contains family information. For example, the document corresponding to the 215.1 is an attachment to the document at 215.

We trust this resolves Dropbox's objections to Entangled Media's original privilege log.

Thank you.

Alex

_____

Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Wednesday, September 4, 2024 6:34 PM
**To:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Ryan Hargrave <rhargrave@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>; Jaime Olin <jolin@skiermontderby.com>; Alex Gasser <AGasser@skiermontderby.com>; John Lord <JLord@skiermontderby.com>; Paul Skiermont <pskiermont@skiermontderby.com>
**Cc:** MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** [EXTERNAL] Entangled Media v. Dropbox, No. 5:23-cv-03264 (N.D. Cal.) - Service of Dropbox's Amended and Supplemental Privilege Logs

EXTERNAL

Counsel,

Attached for service are Defendant Dropbox, Inc.'s (i) amended first privilege log, and (ii) supplemental privilege log.

Best,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

