MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Austin L. Zuck, Bar No. 318434
austin.zuck@morganlewis.com
Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Nicholas A. Restauri (*pro hac vice*)
nicholas.restauri@morganlewis.com
Karon N. Fowler, Bar No. 308145
karon.fowler@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Attorneys for Defendant
Dropbox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>Defendant. | Case No. 5:23-cv-03264-PCP<br><br>**DECLARATION OF KARON N. FOWLER IN SUPPORT OF DROPBOX'S REPLY IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER TO COMPEL SUPPLEMENTAL PRIVILEGE LOG AND PRODUCTION OF WAIVED PRIVILEGED MATERIAL** |

DECL. OF KARON N. FOWLER ISO REPLY IN SUPPORT OF MOTION AMEND SCHEDULING ORDER AND COMPEL DISCOVERY
Civil Action No.: 5:23-cv-03264-PCP

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

1   I, Karon N. Fowler, hereby declare as follows:

2   1.   I am an attorney licensed to practice in the States of California and Illinois, and an associate at the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant Dropbox, Inc. ("Dropbox") in this action. I submit this declaration in support of Dropbox's Reply in Support of its Motion to Amend Scheduling Order to Compel Supplemental Privilege Log and Production of Waived Privileged Material. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would competently testify thereto.

3   2.   Attached to this declaration as Exhibit R is a true and correct copy of email communication between myself and Alex Gasser, among others, that occurred between August 21, 2024 and November 8, 2024.

4   3.   Attached to this declaration as Exhibit S is a true and correct copy of email communication between myself and Alex Gasser, among others, that occurred between November 1, 2024 and October 23, 2024.

5   4.   Attached to this declaration as Exhibit T is a true and correct copy of Plaintiff's Third Set of Email Production Requests to Dropbox, as served on August 2, 2024.

6   5.   Attached to this declaration as Exhibit U is a true and correct copy of email communication between myself and Alex Gasser, among others, that occurred between July 16, 2024 and August 27, 2024.

7.   Attached to this declaration as Exhibit V is a true and correct copy of email communication between myself and Alex Gasser, among others, that occurred between July 16, 2024 and August 16, 2024.

8.   Attached to this declaration as Exhibit W is a true and correct copy of email communication between myself and Alex Gasser, among others, that occurred between July 16, 2024 and August 26, 2024.

Morgan, Lewis & Bockius LLP
Attorneys At Law
Silicon Valley

DECL. OF KARON N. FOWLER ISO REPLY IN SUPPORT OF MOTION AMEND SCHEDULING ORDER AND COMPEL DISCOVERY
Civil Action No.: 5:23-cv-03264-PCP

2

9. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 30th day of December 2024, at Chicago, Illinois.

                                                /s/ Karon N. Fowler
                                                Karon N. Fowler