# EXHIBIT R

**Hora Jacobson, Katerina**

| | |
|---|---|
| **From:** | Alex Gasser <AGasser@skiermontderby.com> |
| **Sent:** | Wednesday, October 23, 2024 2:19 PM |
| **To:** | Fowler, Karon N. |
| **Cc:** | Carolyn Bridwell; Entangled Media; Zuck, Austin L.; Elena DiMuzio; Hora Jacobson, Katerina; Lyons, Michael J.; Restauri, Nicholas A.; MLB Dropbox - Entangled Media |
| **Subject:** | RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses |

[EXTERNAL EMAIL]

Karon,

As indicated in my prior correspondence below, the direct hits for your identified search is 2314. However, this number balloons to 3697 when attachments/families are considered. For all of the reasons mentioned in our correspondence below, we indeed oppose this search for being improper in the first instance, and for generating excessive hits that are unduly burdensome and not proportional to the needs of this case—especially taking into account the significant number of documents that will likely require logging due to privilege.

Alex

_____

Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Wednesday, October 23, 2024 10:50 AM
**To:** Alex Gasser <AGasser@skiermontderby.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Hi Alex,

Thanks for the call this morning.  Let's do this change for the term as discussed:

> ((infringe! OR use OR uses OR using OR used OR copy OR copied OR copies OR copying) w/10 (patent! OR "intellectual property" OR "IP" OR technology))

Please provide the hit count for this revision.  This is what we'll use for our joint letter to the court, as we understand that you're objecting despite this narrowing.

Best,

1

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Tuesday, October 22, 2024 3:12 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

How about meeting and conferring on our open issues tomorrow at 10 AM Central?

Let me know if you can send a link or if I should do so.

Thanks,
Alex

———————————————————————
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Tuesday, October 22, 2024 11:21 AM
**To:** Alex Gasser <AGasser@skiermontderby.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

We'll await your suggestions then.  We're happy to meet before 11am CT.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Tuesday, October 22, 2024 11:17 AM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media
<EntangledMedia_SDTeam@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio
<edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J.
<michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox -
Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Hi Karon,

John and I have prior scheduled commitments from 11 AM – 2 PM tomorrow.  However, after the remainder of our
team finishes their travels later today, we should be able to suggest some alternative times for tomorrow.

Thanks,
Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work
product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone.
Instead, destroy it and notify me by reply e-mail.

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Tuesday, October 22, 2024 8:51 AM
**To:** Alex Gasser <AGasser@skiermontderby.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media
<EntangledMedia_SDTeam@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio
<edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J.
<michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox -
Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Hi Alex,

Does Wednesday (10/23) at 11am CT work for you to discuss the ESI search term issue?  I can send around a calendar invite accordingly.

Regarding the interrogatories, you sent your email last night at 6:40pm CT.  We'll endeavor to review and assess in advance of the 11am CT call tomorrow.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Monday, October 21, 2024 11:34 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Cc:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** Re: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

Members of our team are traveling during your proposed time, and our afternoon has largely filled up. We can do Wednesday morning or later Wednesday afternoon.

I don't see why we cannot discuss multiple issues during our anticipated meet and confer.

Regards,

Alex


Sent from my iPhone


> On Oct 21, 2024, at 10:52 PM, Fowler, Karon N. <karon.fowler@morganlewis.com> wrote:
>
> Hi Alex,
>
> Let's do tomorrow at 11:30am CT to discuss the ESI search term issue.  I'll send around a calendar invite.

I'll respond in the separate email thread regarding the invalidity contentions.

Finally, we have received your letter regarding the interrogatories, and we will review. Then we'll respond on that separate issue.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Monday, October 21, 2024 6:52 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

We are generally available to meet and confer on the ESI/email search issue below later this week. Let us know what works for you.

When we meet and confer on this ESI/email search issue, we can also address the interrogatory deficiency issues that we have raised.

Lastly, please let us know when Mike is available this week to conduct the lead-counsel meet and confer per the local rules regarding narrowing the scope/breadth of Dropbox's invalidity contentions.

Thanks,
Alex
_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Sunday, October 20, 2024 11:01 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>;
Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora
Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J.
<michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB
Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Hi Alex,

Thanks for your message.  As I attempted to explain in my 9/25 email, we agree to remove <u>unique</u> hits
on "copyright" but still intend to capture any hits that include "copyright" <u>and</u> otherwise exist with
another relevant term.  The agreement to remove <u>unique</u> hits on "copyright" was in response to your
concern that the "cop!" variant (plus other limiting criteria in the string) hits on irrelevant emails
including "copyright."  *See* 2024-09-23 Email from A. Gasser.  To the extent that an email has the word
"copyright" (and the other limiting criteria in the string) <u>and</u> one of the other included variants, then
there is not the same risk of overproduction of irrelevant emails as suggested by your concern.

With that understanding, we'd like to proceed with the following:

      ((infringe! OR use OR uses OR using OR used OR cop!) w/10 (patent! OR "intellectual property"
      OR "IP" OR technology))

We understand from your correspondence below that this results in 2838 direct hits.

We understand your position to be that the 2838 hit count is too voluminous such that it is unduly
burdensome or disproportional to the case's needs.  But aside from your say-so, you have not provided
any rationale for this proposition.  In particular, you have not alleged and have not provided reasoning
to suggest that there is a risk of overproduction or a lack of narrow tailoring to particular issues.  We are
happy to consider evidence of this nature if you wish to or can provide it.

Please confirm that you will be proceeding with the above term.  If not, please let us know when you are
available to meet and confer tomorrow or Tuesday.

Thanks,

Karon


**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Friday, October 18, 2024 11:42 AM

**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

Following up on my email below, we have additionally learned in connection with the first search below, that when the attachments/families are added to the "direct" 2314 hits, the number of involved documents balloons to 3697 documents. For this reason, and all the prior reasons recited in my email below and our earlier email thread, this first search is a non-starter.

With regard to the second search—when adjusting it by replacing the wildcard "cop!" with "copy OR copied OR copies OR copying" the 1002 direct hits expand to 2172 documents when including attachments/families.

We maintain our objections that even with this adjusted second search, given that so many of the documents will involve privileged documents that will require logging and/or redaction, this adjusted second search is excessive under the circumstances.

However, in effort to compromise and move ahead on this issue, we would agree to proceed with this adjusted second search.

Accordingly, please confirm that we should proceed with this adjusted second search, i.e.: (infringe! OR copy OR copied OR copies OR copying) w/20 (patent! OR "intellectual property" OR "IP" OR technology), and that this compromise resolves the pending issue regarding the search terms for this last remaining email search.

Thanks,
Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Friday, October 18, 2024 2:00 AM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>

**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Karon,

We have the following updates to report regarding the email searches you have requested us to run:

You have essentially requested us to run two specific searches.

1. **(infringe! OR use OR uses OR using OR used OR cop!) w/10 (patent! OR "intellectual property" OR "IP" OR technology) BUT NOT "IP address"**

After consulting Everlaw's search materials, it does not appear that their versions of "But Not" (i.e., NOT or "!") accommodate what you request—i.e., allow a hit to remain if it contains both the prohibited term and the original search terms. However, for both of these two main searches, we have work-arounds. For this particular search instance, "IP address" itself does not generate many hits (i.e., only around 40 hits), and so it can essentially be ignored.

The direct document hits for the above search, as requested (and without the BUT NOT "IP ADDRESS") is:  2838.

As we discussed in prior correspondence, we have concerns about the use of the term "cop!" because it captures variations of the term "copyright" which generates false/irrelevant hits.  Just as the above search employs "use OR uses OR using OR used" to avoid "user" we suggest using "copy OR copied OR copies OR copying" to avoid "copyright."

Using "copy OR copied OR copies OR copying" in place of the wildcard "cop!" yields 2314 direct document hits.

Even when removing the cop! wildcard, we have concerns regarding the overbreadth of this search, given that it covers any combination of "use" and "technology." The casts a wide net and includes large numbers of irrelevant communications and public articles (for example, articles referring to technology used by NASA during space travel). It is for this reason, that the second search below is more reasonable because it removes variants of "use."

2. **(infringe! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology) BUT NOT "IP address" OR copyright**

As discussed above, it is not necessary to include the BUT NOT "IP address" term, because the hits for "IP address" are not unduly burdensome. And in order to omit

"copyright" we can simply use the "copy OR copied OR copies OR copying" in place of the wildcard "cop!".

Running the search as requested above (though without either "BUT NOT" terms) yields 1813 direct document hits.

When we avoid capturing "copyright" by replacing the wildcard "cop!" with "copy OR copied OR copies OR copying" the number of direct document hits in this second search reduces to: 1002.

For discussion purposes, when the proximity function in the above search is reduced to 15, the number of direct document hits reduces to: 918.

And when the proximity function is lowered to 10, the hits reduce to 866.

The highlighted numbers above are "direct document hits." We are investigating to what degree related documents (i.e., cover emails, attachments, families, etc.) are additionally pulled into the above searches. We expect to obtain this additional information by tomorrow morning, and we will promptly share this additional information with you and explain how it impacts our overall position with respect to these searches.

Thanks,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Alex Gasser
**Sent:** Wednesday, October 16, 2024 3:41 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>

**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Karon,

Thank you for your emails. We have been running your prior and more recent search requests, and intend to respond in detail by tomorrow.

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Wednesday, October 16, 2024 11:31 AM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

Following up on the below. Can you please respond? Your failure to keep us updated on the search efforts and make a meaningful effort towards production is affecting our ability to properly prepare our case.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Fowler, Karon N.
**Sent:** Friday, October 11, 2024 7:47 AM
**To:** 'Alex Gasser' <AGasser@skiermontderby.com>; 'Carolyn Bridwell' <cbridwell@skiermontderby.com>; 'Entangled Media' <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; 'Elena DiMuzio' <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

It has been over two weeks since we sent the message below.  Please promptly provide us with the updated hit counts.  If there are any problems with the revised strings, then you should let us know as soon as possible so that we can coordinate with you accordingly.  For example, in case Everlaw has limits on its ability to run nested/proximity locators in connection with the search terms on 9/25, please let us know that asap.  Depending on their capabilities, you may need to run as follows to ensure the unique hits point made in my prior email:

1. ((infringe! OR use OR uses OR using OR used OR cop!) w/10 (patent! OR "intellectual property" OR "IP" OR technology)) BUT NOT ((infringe! OR use OR uses OR using OR used OR cop!) w/10 ("IP address"))
2. ((infringe! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology)) BUT NOT (((infringe! OR cop!) w/20 ("IP address")) OR ((copyright w/20 (patent! OR "intellectual property" OR "IP" OR technology)))


Thanks,

Karon


**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Fowler, Karon N.
**Sent:** Wednesday, September 25, 2024 3:11 PM
**To:** 'Alex Gasser' <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB

Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

For efficiency, please run these two potential revisions and provide hit counts:

1. (infringe! OR use OR uses OR using OR used OR cop!) w/10 (patent! OR "intellectual property" OR "IP" OR technology) BUT NOT "IP address"
2. (infringe! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology) BUT NOT "IP address" OR copyright

As to the second, potential revision, you will notice that this adds "copyright" after the BUT NOT connector (or whatever Everlaw's equivalent may be) to remove unique hits on "copyright" in line with your message. As to removal of hits on "copyright," we emphasize that this is to remove <u>unique</u> hits on "copyright." Stated differently, if an email otherwise hits on (infringe! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology) and also includes "copyright," the search term should still encompass it.

We maintain our position that infringe! OR use! OR cop! as stems are variants of one another, at least because they capture the way in which laypersons typically discuss infringement.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Monday, September 23, 2024 7:13 AM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

We ran the further revised search, i.e.;

(infringe! OR use! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology) BUT NOT "IP address"

The above search resulted in 4563 documents. This is a slight lowering of document hits from the prior search results of 5411, but as you can anticipate, this does not sufficiently improve the hits to affect our objections raised in the email thread below.

Additionally, we continue to see a fundamental difference in how our sides view the "variants" of a search term that allow multiple search terms to be regarded as a single search term under the ESI Order. We maintain our objection to Dropbox's use of numerous different terms that are not variants of one another.  For example, the term "use" is not a variant of the term "infringe"—and this alone renders the entire search above to count as at least two search terms, which is not permissible, given that Dropbox has only one search term left. This clear violation and abuse of the variant exception under the ESI Order is made even more extreme by the above search's use of wildcard characters. For example, "cop!" includes search terms such as "copy" and "copyright."  The various search terms generated by a single wildcard term (e.g., copy and copyright) are not even variants of each other—much less variants of terms generated from other wildcard search terms. As another non-limiting example, the wildcard "use!" covers multiples terms, such as "use" and "user." How can "user" and "copyright" be considered variants of one another?  Other terms, such as "patent" and "technology" likewise are not variants of the same term.  The above search could easily constitute at least five or more search terms that are not variants of each other, and therefore violates the ESI Order.

We remain willing to work with you and discuss a more reasonable search that complies with the ESI Order and does not generate excessive hits.  However, to accomplish this, Dropbox will need to further revise the above search and likely remove additional search terms in their entirety, and/or remove the use of certain wildcards.

Thanks,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Thursday, September 19, 2024 1:43 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

Thank you for the explanation.  We are willing to continue working with you on this in hopes of reaching a resolution that does not require Court intervention.  To that end, please run the following revised search term and confirm by Monday whether you will proceed or still object based on the returned hit count:

> (infringe! OR use! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology) BUT NOT "IP address"

You will notice that this removes "idea" from the second parenthetical, and it adds a BUT NOT connector (or whatever Everlaw's equivalent may be) to remove unique hits on "IP address" in line with your message.  As to removal of hits on "IP address," we emphasize that this is to remove <u>unique</u> hits on "IP Address."  Stated differently, if an email otherwise hits on (infringe! OR use! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology) and also includes "IP address," the search term should still encompass it.

As to your suggestion that the search term violates paragraph 11 of the ESI Order, we disagree.  As you are aware, Paragraph 11 explains that "[a] disjunctive combination of multiple words or phrases (e.g., 'computer' or 'system') broadens the search, and thus each word or phrase shall count as a separate search term <u>unless they are variants of the same word</u>." (emphasis added).

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Friday, September 13, 2024 11:56 AM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

You requested an explanation for why we originally reported 1628 hits and then increased the hits to 6327 for the following search:

**(infringe! OR use! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology OR idea)**

In short, our e-discovery platform, Everlaw, employs a unique search term system, and in an effort to ensure we were accurately capturing your search, we turned to Everlaw staff to provide guidance on the searches.  During our conversations with Everlaw staff, they had suggested certain additional search terms to exclude all documents containing versions of the terms TCP/IP (i.e., the abbreviation for Transmission Control Protocol/Internet Protocol) as well as the term "IP address", which appeared to generate significant hits. Their suggested further limiting search terms were inadvertently included within our searches, which yielded an unintentionally smaller return of documents (i.e., the 1628 hits).

Hence, we updated the hits after running your identified search without the additional limiting search terms (which yielded the 6237 hits).  However, we must provide a further update to the 6237 hits. The 6237 hits resulted from a search conducted across Entangled Media's entire document library for which Erik Caso was a custodian, and was not limited solely to his email collection. Running the search across his entire library of documents included non-email documents that had already been reviewed, produced, and/or logged.

Running the above search properly across just his email library yields a slightly smaller number of **5411 documents**.

In order to accelerate discussion regarding the above search, and to additionally correct any prior search data we previously reported, we ran corrected additional versions of the above searches with a connector more narrow than w/20 which yielded as follows:

> **w/15 = 4338 document hits**
> **w/10 = 3712 documents hits**

The problem accordingly, is not the connector, but rather the search terms themselves. For starters, the search terms violate paragraph 11 of the ESI Order, in that the various terms within the two sets of parentheses (i.e., "**infringe! OR use! OR cop!**" in one instance and "**patent! OR "intellectual property" OR IP OR technology OR idea**") constitute disjunctive combinations of multiple words or phrases that are not variants of the same word. Per paragraph 11 of the ESI Order, those search terms "shall count as a separate search term," and are therefore improper.  Dropbox should therefore remove certain of these search terms to comply with the ESI Order.

Separate and apart from the above structural issues with the above search, the various yields of the current version and their narrowed connector variants (5411, 4338, and 3712 document hits) are unworkably large, unduly burdensome, and not proportionate, for all of the reasons discussed in our email thread below.  This remains the case particularly due to the proposed search terms, including, but not limited to "patent!" and "infringe!" that will capture a significant number of privileged communications requiring logging or redaction, after we have just spent significant time preparing the amended/corrected privilege logs.

Please let us know if you wish to discuss further.

Thanks,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Thursday, September 12, 2024 10:19 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

Following up on the below.  Please provide a response so that we can make progress here.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Fowler, Karon N.
**Sent:** Tuesday, September 10, 2024 8:53 PM
**To:** 'Alex Gasser' <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB

Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

Please provide the reason(s) why the hit count has increased to 6327 hits from the 1628 hits that you originally reported.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Tuesday, September 10, 2024 8:51 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell
<cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora
Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J.
<michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB
Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karen,

I'm following up regarding our email thread on document hits for (infringe! OR use! OR cop!) w/20
(patent! OR "intellectual property" OR "IP" OR technology OR idea) across Mr. Caso's emails.

We clarify/confirm that the above search results in 6327 document hits. For at least the reasons I
identified in the email thread below, this does not resolve the excessive hit issue/objection, and the
unduly burdensome/non-proportionate objections—especially given the many privileged hits that
would likely result from this search, which in turn would need to be reconciled with the privilege log
that we have just exchanged with you.

We remain open to further discussion on how to further limit the search terms to a more
manageable/proportional result.

Thanks,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP

1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Monday, September 9, 2024 11:04 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

During our call today, you mentioned that there may have been some sort of issue with the hit counts for (infringe! OR use! OR cop!) w/20 (patent! OR "intellectual property" OR "IP" OR technology OR idea) across Mr. Caso's emails.  By tomorrow, please provide us with this information and confirm whether you will be proceeding with this search term.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Fowler, Karon N.
**Sent:** Friday, September 6, 2024 8:33 PM
**To:** 'Alex Gasser' <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Thanks, Alex. If you decide early next week that you will not be proceeding with the 1628 hits, please be prepared to simultaneously tell us about your availability on 9/12 to meet and confer.

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Friday, September 6, 2024 8:20 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

We will take a second look at these ESI hits and revert back to you on this early next week.

Thanks,

Alex

_____

Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Thursday, September 5, 2024 10:41 AM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Cc:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-

Dropbox-EntangledMedia@morganlewis.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Hi Alex,

Thanks for your message.  We disagree with your position that the hit results "facially constitute an excessive, unduly burdensome, and disproportionate amount of work relative to this litigation's needs."  But we are happy to consider any support that you can offer for that position.  In particular, there is nothing to suggest (in your email or otherwise) that the results include an excessive number of irrelevant and/or non-responsive emails.  And your proposal that reduces the count to 293 hits would appear to improperly exclude a significant number of responsive emails.  Let us know if you will agree to proceed with the 1628 hits.  If not, please let us know when you are available on 9/12 to meet and confer pursuant to paragraph 4 of Judge DeMarchi's Standing Order.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Tuesday, September 3, 2024 8:26 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

Without belaboring the point—1628 documents facially constitute an excessive, unduly burdensome, and disproportionate amount of work relative to this litigation's needs.  This is even more so the case in this particular instance given that the nature of the search terms Dropbox proposes also appear to cover clearly privileged communications. Accordingly, in addition to the already high volume, these terms will require the creation of privilege logs in addition to (and/or at least partially duplicative of) the supplemental privilege log due to be exchanged tomorrow.

Cutting to the chase, we have a proposal that may resolve this issue.  Dropbox has been progressively narrowing one of the search terms (i.e., AND, and then w/30, and then w/20).  We continued this trend to determine the results of a w/10 connector—i.e., **(infringe! OR use! OR cop!) w/10 (patent! OR "intellectual property" OR "IP" OR technology OR idea)**.   Using the w/10 connector results in 293

document hits in Erik Caso's email collection.  293 documents constitute a more reasonable number that would resolve the excessive hit issue/objection.  Please let us know if Dropbox wishes to resolve this issue and proceed with the above search using the w/10 term.

Thank you,

Alex

_____

Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Monday, September 2, 2024 8:58 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

Please provide a basis for your position that the 1628 hit count constitutes a volume that is excessive, unduly burdensome, or disproportional to the case's needs.  Absent further explanation or your agreement that you will proceed with reviewing the 1628 documents, we will be planning to move the court.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Tuesday, August 27, 2024 7:07 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio

<edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>;
Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-
EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karen,

I'm informed that the search below ( with the w/20 limitation) hit on 1628 documents in Erik Caso's
emails, which does not resolve the excessive hit issue/objection.

Thank you,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or
attorney work product. If this message has been delivered to you by mistake, then do not copy or
deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Tuesday, August 27, 2024 3:39 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>;
Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora
Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J.
<michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-
EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

Thanks for the update.  Please run **(infringe! OR use! OR cop!) w/20 (patent! OR "intellectual property"
OR "IP" OR technology OR idea)** and let us know if that resolves the excessive hit
issue/objection.  Please also confirm that you will be producing the other emails hitting on other search
terms as we continue to cooperate and negotiate this remaining term.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Tuesday, August 27, 2024 10:59 AM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell
<cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio
<edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>;
Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-
EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

We ran the amended Search Term 4 for Mr. Caso, i.e., **(infringe! OR use! OR cop!) w/30 (patent! OR
"intellectual property" OR "IP" OR technology OR idea)**. Unfortunately, with its 1795 hits, it does not
resolve the excessive hit issue/objection. The apparent culprit is the **use!** term. If we remove the term
use! and run **(infringe! OR cop!) w/30 (patent! OR "intellectual property" OR "IP" OR technology OR
idea)** the hits reduce to 842. We continue to disagree that this search term is proportionate to the
needs of the case but would consider proceeding with an email production under such a further
amended search scheme. Please let us know if Dropbox agrees with that further amendment to the
search.

Thank you,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or
attorney work product. If this message has been delivered to you by mistake, then do not copy or
deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Monday, August 26, 2024 10:27 PM
**To:** Alex Gasser <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>;
Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora
Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J.
<michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-
EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

Can you please provide us with the hit count for the revised search term as provided below?

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Fowler, Karon N.
**Sent:** Thursday, August 22, 2024 8:54 PM
**To:** 'Alex Gasser' <AGasser@skiermontderby.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

Alex,

For the preservation issue, add it to our list of issues for discussion when we meet and confer tomorrow.

Regarding term 4 for Mr. Caso, we propose a modification to substantially limit its scope as follows:
**(infringe! OR use! OR cop!) w/30 (patent! OR "intellectual property" OR "IP" OR technology OR idea)**

Please let us know if that resolves the excessive hit issue/objection.

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Alex Gasser <AGasser@skiermontderby.com>
**Sent:** Thursday, August 22, 2024 7:23 PM
**To:** Fowler, Karon N. <karon.fowler@morganlewis.com>; Carolyn Bridwell <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-

EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Karon,

I think there may be some misunderstanding—as we are relying on the excessive hit issue/objection for Search Term 4 as a basis not to proceed with the collection/production of Search Term 4 only with respect to Mr. Caso, whose Search Term 4 generated 12,944 hits.  Mr. Abraham's hits from Search term 4 are minimal, and so we intend to produce any non-privileged hits from Mr. Abraham's search term 4 results.

With respect to your questions regarding email preservation for Messrs. Drew, McNulty, and Bellamy, recall that Entangled Media provided a 30(b)(6) witness on this general issue--specifically, in response to 30(b)(6) topic no. 57. Dropbox had an opportunity to address this general issue with Mr. Caso, and Mr. Caso answered any questions you posed on this topic. Inquiries on this topic are more appropriately handled via deposition rather than via email correspondence between counsel.

Thank you,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Wednesday, August 21, 2024 6:26 PM
**To:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** [EXTERNAL] RE: Entangled Media v. Dropbox: ESI Responses

EXTERNAL

Counsel,

For search term 4 to each of Mr. Caso and Mr. Abraham, please provide the number of hit results on which you are basing your objections.

For each of Messrs. Drew, McNulty, and Bellamy, please confirm the date when you stopped maintaining the person's emails and hard drives and, for each, under what circumstances.

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

<image001.jpg>

---

**From:** Carolyn Bridwell <cbridwell@skiermontderby.com>
**Sent:** Wednesday, August 21, 2024 6:00 PM
**To:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Fowler, Karon N. <karon.fowler@morganlewis.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** Entangled Media v. Dropbox: ESI Responses

[EXTERNAL EMAIL]
Counsel,

Please see attached Entangled Media's Responses to Dropbox's Second Set of Email Production Requests.

Thanks,
Carolyn

_____

Carolyn Bridwell, CP | Certified Paralegal | Skiermont Derby LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6608 | F: 214.978.6601 | skiermontderby.com

This message is the property of Skiermont Derby LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this

communication in error, please notify us immediately by
e-mail and delete the original message.