# EXHIBIT S

**Hora Jacobson, Katerina**

---

| | |
|---|---|
| **From:** | Alex Gasser <AGasser@skiermontderby.com> |
| **Sent:** | Friday, November 8, 2024 12:17 PM |
| **To:** | Fowler, Karon N.; Carolyn Bridwell; Zuck, Austin L.; Elena DiMuzio; Hora Jacobson, Katerina; Lyons, Michael J.; MLB Dropbox - Entangled Media; Restauri, Nicholas A. |
| **Cc:** | Entangled Media |
| **Subject:** | RE: [EXTERNAL] RE: Entangled Media v. Dropbox: Document production |

[EXTERNAL EMAIL]
Karon,

Our production of Erik Caso's emails pursuant to the most recent search is not yet complete. We expect to conclude the remaining review, processing, and production of responsive documents and any associated privilege log within the next two weeks, i.e., by November 22nd.

Regards,

Alex

_____
Alexander E. Gasser | SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6605 | skiermontderby.com

This message is the property of SKIERMONT DERBY LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.

---

**From:** Fowler, Karon N. <karon.fowler@morganlewis.com>
**Sent:** Friday, November 8, 2024 8:59 AM
**To:** Carolyn Bridwell <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** [EXTERNAL] RE: Entangled Media v. Dropbox: Document production

EXTERNAL

Counsel,

Following up on my message below. Can you please let us know if your production of Mr. Caso's emails is completed and when we will receive the corresponding privilege log?

Thanks,

Karon

1

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

---

**From:** Fowler, Karon N.
**Sent:** Monday, November 4, 2024 4:55 PM
**To:** 'Carolyn Bridwell' <cbridwell@skiermontderby.com>; Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** RE: Entangled Media v. Dropbox: Document production

Counsel,

Does this production include all responsive emails to the final Caso email search term sans any withheld on the basis of privilege?  If so, when will we receive the corresponding privilege log?

Thanks,

Karon

**Karon N. Fowler**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1142 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
karon.fowler@morganlewis.com | www.morganlewis.com

---

**From:** Carolyn Bridwell <cbridwell@skiermontderby.com>
**Sent:** Friday, November 1, 2024 6:27 PM
**To:** Zuck, Austin L. <austin.zuck@morganlewis.com>; Elena DiMuzio <edimuzio@hycounsel.com>; Fowler, Karon N. <karon.fowler@morganlewis.com>; Hora Jacobson, Katerina <katerina.horajacobson@morganlewis.com>; Lyons, Michael J. <michael.lyons@morganlewis.com>; MLB Dropbox - Entangled Media <MLB-Dropbox-EntangledMedia@morganlewis.com>; Restauri, Nicholas A. <nicholas.restauri@morganlewis.com>
**Cc:** Entangled Media <EntangledMedia_SDTeam@skiermontderby.com>
**Subject:** Entangled Media v. Dropbox: Document production

[EXTERNAL EMAIL]
Counsel,

In the following links are document production volumes 20 & 21, Bates-numbered EM_00221184 - EM_00221501.

Vol. 20: https://app.everlaw.com/43210/dl/vbtpPI6mhc-6FaGxpOkN6j0K_WJj9VCwJ7FmI9sTZ_Lo

Vol. 21: https://app.everlaw.com/43210/dl/ti6xdcP_omj77p6rS3VoIpy3BVDRGItQsoYouuUatTZG

Please note the volume 21 is password-protected.  A password to access the documents in that volume will be provided in my next email.

Thanks,
Carolyn

_____

Carolyn Bridwell, CP | Certified Paralegal | Skiermont Derby LLP
1601 Elm Street, Suite 4400, Dallas, Texas 75201
P: 214.978.6608 | F: 214.978.6601 | skiermontderby.com

This message is the property of Skiermont Derby LLP and may contain privileged information or attorney work product. If this message has been delivered to you by mistake, then do not copy or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.


DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.