# EXHIBIT A

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| 1. | Entangled Media's Martinez Motion (docket nos. 237-2 and 250-1). | Pgs. 3-7, 9-10, 16-19 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages; Technical information | Dropbox respectfully requests the highlighted portions of this Motion be sealed because it contains detailed, non-public, and confidential information regarding the costs and technical modifications to Dropbox's products associated with implementing certain noninfringing alternatives.  The information requested to be sealed also includes confidential, non-public information regarding the operation of Dropbox's products and its license agreements, terms, and licensing strategy.  Disclosure of this information would harm Dropbox's competitive standing, as competitors would have unfair insight into the functionality and operation of Dropbox's products, its internal business operations, cost analyses, and licensing and business strategy. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer | 237 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | | | | | | information Dropbox maintains. | |
| 2. | Rebuttal Expert Report of Chris Martinez (Jan. 14, 2025)<br><br>● Ex. A to Martinez Motion (docket nos. 237-3 and 250-2).<br>● Ex. 1 to Entangled Media's Opposition to Holzen Motion (docket nos. 259-20 and 280-20). | Pgs. TOC, 5, 17, 18, 27, 30, 38, 39, 45, 50, 52-56, 67, 69, 72-75, 79-82, 84-86, 88-90, 92, 96-99, 100, 102-103, 105-106 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of its expert report on damages be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's finances, license agreements, licensing practices, and business strategy. Disclosure of this information, as well as any of the damages figures cited, would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's internal operations, finances, licensing and business strategy, and cost analyses. | 237, 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 3. | Dropbox's Responsive Damages Contentions<br><br>• Ex. D to Martinez Motion (docket nos. 237-4 and 250-3). | Pgs. 6, 8-9 | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests the highlighted portions of its responsive damages contentions be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business strategy. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business decisions. | 237 |

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 4. | Deposition transcript of Joshua Warner (Nov. 12, 2024)<br><br>• Ex. E to Martinez Motion (docket nos. 237-5 and 250-4).<br>• Ex. F to Entangled Media's Opposition to Edwards Motion (docket nos. 259-3 and 280-14).<br>• Ex. 6 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-32 and 280-7).<br>• Ex. I to Reply in Support of Martinez Motion (docket nos. 281-3 and 292-3).<br>• Exhibit J to Dropbox's Motion for Summary Judgment (docket no. 243-5)<br>• Exhibit 6 to Dropbox's Opposition to McDaniel Motion (docket no. 264-10)<br>• Exhibit 5 to Dropbox's Opposition to Martinez Motion (docket no. 264-5) | 22-25, 141-48, 66-68, 99-102, 107-08, 113-14, 117, 130-33, 138-39, 157-60, 161, 164, 214-15, 231, 239, 246-48, 255 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this transcript be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations and its products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions, its business practices, and proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 237, 243, 264, 259, 281 |

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 5. | Deposition transcript of Christopher Martinez (Jan. 30, 2025)<br><br>• Ex. F to Martinez Motion (docket nos. 237-6 and 250-5)<br>• Ex. J to Reply in Support of Martinez Motion (docket nos. 281-4 and 292-4).<br>• Ex. 6 to Dropbox's Opposition to Martinez Motion (docket no. 264-6) | Pgs. 121-24, 129-33, 137-44, 149-55, 165-72, 174-79 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of this transcript be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's license agreements, licensing practices, and business strategy. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's license agreements, licensing and business strategy, and cost analyses. | 237, 264, 281 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 6. | Expert Report of Stephen Holzen (Nov. 26, 2024).<br><br>• Ex. G to Martinez Motion (docket nos. 237-7 and 250-6).<br>• Ex. 3 to Entangled Media's Opposition to Savage Motion (docket nos. 259-15 and 280-12).<br>• Ex. 2 to Entangled Media's Opposition to Holzen Motion (docket nos. 259-21 and 280-21).<br>• Ex. A to Holzen Motion (docket no. 244-15)<br>• Ex. G to Savage Motion (docket no. 244-18) | Pgs. 14-15, 22-26, 31-37, 41-42, 48, 62, 70-76, 79-82<br><br>Exhibit 2.0, Exhibit 2.1, Exhibit 2.2, Exhibit 5.0, Exhibit 9.0 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of this expert report on damages be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's finances, license agreements, licensing practices, and business strategy. Disclosure of this information, as well as any of the damages figures cited, would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's internal operations, finances, licensing and business strategy, and cost analyses. | 237, 244, 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 7. | Entangled Media's McDaniel Motion (docket nos. 239-3 and 251-1) | Pgs. 4-5, 8-10, 13, 16, 18-19 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this Motion be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations and its products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business strategy and considerations as well as proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 239 |

| 8. | Rebuttal expert report of Dr. Patrick McDaniel (Jan. 14, 2025)<br><br>• Ex. A to Entangled Media's McDaniel Motion (docket nos. 239-4 and 251-2).<br>• Ex. 14 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-39 and 280-11).<br>• Ex. L to Entangled Media's Opposition to Edwards Motion (docket nos. 259-8 and 280-18).<br>• Exhibit G to Dropbox's Motion for Summary Judgment (docket nos. 243-3 and 245-7)<br>• Exhibit D to Dropbox's Holzen Motion (docket nos. 243-6 and 248-4) | Pgs. i-ii, iv, 12, 24-37, 42-58, 60, 64-67, 71-76, 79-84, 89-91, 93-96, 103-106, 108-127, 129-131, 149, 151-56, 160-61, 167-78, 180-81, 183-88, 194, 196-99, 207-08, 211, 215-17, 220-46, 248-49 | Compelling reasons | Dropbox | Confidential business information; Technical information; Licensing information | Dropbox respectfully requests the highlighted portions of this expert report be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations, its products, and its licensing agreements. The highlighted portions contain detailed descriptions of the operation and development of Dropbox's products and source code, internal Dropbox documents describing the architecture of its products, and the terms and structure of certain license agreements. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into proprietary information such as the specific technical contents of Dropbox's source code, the functionality of the software and source code, and details as to the types of changes Dropbox made to its source code and when such changes were made. Further, disclosure of this this | 239, 243, 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | | | | | | information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions, licensing agreements, as well as proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 9. | Deposition transcript of Dr. Patrick McDaniel (Feb. 5, 2025)<br><br>• Ex. B to McDaniel Motion (docket nos. 239-5 and 251-3). | Pgs. 34, 139, 210-11, 218-19, 249, 252, 261-62, 264 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this transcript be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations and its products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions, as well as proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 239, 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 10. | Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-29 and 280-1). | Pgs. 3-5, 11-12, 14-15, 17-23 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations and its products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business strategy and considerations as well as proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 11. | Entangled Media's Opposition to Savage Motion (docket nos. 259-13 and 280-4). | Pgs. 1, 4, 7, 12-13 | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations and strategy. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions, as well as the internal research and considerations that informed them. | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 12. | Entangled Media's Opposition to Holzen Motion (docket nos. 259-19 and 280-3). | Pgs. 1-3, 6-10 | Compelling reasons | Dropbox | Confidential business information; Licensing/damages information | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's finances and business strategy. Disclosure of this information, as well as any of the damages figures cited, would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's internal operations, business decisions and strategy, internal research, finances, and cost analyses. | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 13. | Entangled Media's Opposition to Edwards Motion (docket nos. 259-2 and 280-2). | Pgs. 6, 16-17 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations and its products.  Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business strategy and considerations as well as proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259 |

| 14. | Expert Report of Dr. George Edwards (Nov. 26, 2024)<br><br>• Ex. I to Entangled Media's Opposition to Edwards Motion (docket nos. 259-5 and 280-15).<br>• Ex. 1 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-30 and 280-5).<br>• Ex. 1 to Dropbox's Edwards Motion (docket no. 244-7)<br>• Ex. E to Dropbox's Motion for Summary Judgment (docket no. 244-9) | Pgs. i, v-vi, 7-8, 27-40, 42-53, 67-71, 76-80, 82-84, 86-92, 95, 96-100, 103, 107-08, 119, 120, 123-24, 129-31, 133-35, 139-41, 143, 149-50, 154, 184-97 | Compelling reasons | Dropbox | Confidential business information; Technical information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of this expert report be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations, its products, and its licensing agreements. The highlighted portions contain detailed descriptions of the operation of Dropbox's products and source code, internal Dropbox documents describing the architecture of its products, and the terms and structure of certain license agreements. Disclosure of this information harm Dropbox's competitive standing as competitors would have unfair insight into proprietary information such as the specific technical contents of Dropbox's source code, the functionality of the software and source code, and details as to the types of changes Dropbox made to its source code and when such changes were made. Further, disclosure of this this information would harm Dropbox's competitive | 244, 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | standing as competitors would have unfair insight into Dropbox's business and strategy decisions, licensing agreements, as well as proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. |  |

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 15. | Deposition transcript of George Baier (May 13, 2024)<br><br>• Ex. 4 to Entangled Media's Opposition to Motion for Summary Judgment (Dkt. 259-31).<br>• Ex. N to Dropbox's Reply in support of Motion for Summary Judgment (docket no. 283-3) | Pgs. 105-106, 108, 316 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this transcript be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations and its products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions, its business practices, and proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259, 283 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 16. | Deposition transcript of Dr. George Edwards (Jan. 31, 2025)<br><br>• Ex. R to Entangled Media's Opposition to Edwards Motion (docket nos. 259-11 and 280-19).<br>• Ex. 7 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-33 and 280-8). | Pgs. 221-222 | Compelling reasons | Dropbox | Technical information | Dropbox respectfully requests the highlighted portions of this transcript be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259 |

| 17. | DRBX_EM 00057386 – DRBX_EM 00057393<br><br>• Ex. T to Entangled Media's Opposition to Edwards Motion (docket no. 259-12).<br>• Ex. 10 to Opposition to Entangled Media's Motion for Summary Judgment (docket no. 259-35). | Entirety | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests that this document be sealed in its entirety. This document is an internal document with non-public and confidential information regarding the operation and functionality of Dropbox's products. This document also features discussion between Dropbox personnel regarding the status and operation of certain functions of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259 |
| 18. | Deposition transcript of Alexandru Carp (Aug. 29, 2024) | Pgs. 122-28, 145-52 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this transcript be sealed | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | • Ex. 11 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-36 and 280-10). | | | | | because it contains detailed, non-public and confidential information regarding Dropbox's business operations, strategy, and products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions, as well as Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | |

| 19. | DROPBOX-EM_SC000335-341; DROPBOX-EM_SC000392-393; DROPBOX-EM_SC000655-656; DROPBOX-EM_SC000711; DROPBOX-EM_SC000725; DROPBOX-EM_SC0000727; DROPBOX-EM_SC0000729; DROPBOX-EM_SC000743; DROPBOX-EM_SC000795-809<br><br>• Ex. 12 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-37). | Entirety | Compelling reasons | Dropbox | Technical information | Dropbox respectfully requests this exhibit be sealed in its entirety because it comprises Dropbox's highly confidential and proprietary source code. Disclosure of this information harm Dropbox's competitive standing as competitors would have unfair insight into proprietary information such as the specific technical contents of Dropbox's source code, the functionality of the software and source code, and details as to the types of changes Dropbox made to its source code and when such changes were made. Further, disclosure of this information would reveal proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 20. | DRBX_EM_00057197 – DRBX_EM_00057199 ● Ex. 13 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-38). | Entirety | Compelling reasons | Dropbox | Technical information | Dropbox respectfully requests that this document be sealed in its entirety.  This document is an internal document with non-public and confidential information regarding the operation and functionality of Dropbox's products.  Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| 21. | DRBX_EM_00051800 – DRBX_EM_00051808 ● Ex. 15 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-40). | Entirety | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests that this document be sealed in its entirety. This document is an internal document with non-public and confidential information regarding the operation, organization and functionality of Dropbox's products. This document also includes discussion between Dropbox personnel regarding the status and operation of certain functions of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 259 |
| 22. | DRBX_EM_00002727 – DRBX_EM_00002729 | 2727-2729 | Compelling reasons | Dropbox | Confidential business information; | Dropbox respectfully requests that the highlighted portions of | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | • Ex. 17 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-41).<br>• Ex. Q to Entangled Media's Opposition to Edwards Motion (Exhibit 259-10). | | | | Technical information; Customer personal information; Customer-specific use; Employee email addresses | this exhibit be sealed because it contains confidential, non-public information disclosing the identities of a Dropbox employee and customer.  The highlighted portions also contain non-public, confidential information disclosing a customer's use of Dropbox's product.  Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into sensitive information regarding Dropbox's commercial practices and customer relationships, and would undermine customers' trust in Dropbox.  In addition, preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 23. | DRBX_EM_00008386 – DRBX_EM_00008454 • Ex. 2 to Entangled Media's Opposition to Savage Motion (docket no. 259-14). | Entirety | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this exhibit be sealed in its entirety. This exhibit includes non-public, confidential information resulting from Dropbox's internal research. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's customers, business operations, and business strategies and decision. | 259 |
| 24. | DRBX_EM_00094118 – DRBX_EM_00094127 • Ex. 4 to Entangled Media's Opposition to Savage Motion (docket no. 259-16). | Entirety | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this document be sealed in its entirety. This document is an internal document with non-public and confidential information including the results of Dropbox's internal research, as well as Dropbox's business operations and strategy. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business strategy and decisions. | 259 |

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 25. | DRBX_EM_00094109 – DRBX_EM_00094117<br><br>• Ex. 5 to Entangled Media's Opposition to Savage Motion (docket no. 259-17). | Entirety | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this document be sealed in its entirety.  This document is an internal document with non-public and confidential information regarding its business operations and strategy.  Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business strategy and decisions. | 259 |
| 26. | Deposition transcript of Michal Malkiewicz (Feb. 11, 2025)<br><br>• Ex. 6 to Entangled Media's Opposition to Savage Motion (docket no. 259-18). | Pgs. 142, 144, 146, 148-49, 158-60 | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this the highlighted portions of this transcript be sealed because it includes non-public, confidential information regarding Dropbox's business operations and strategy.  Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions. | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 27. | DRBX_EM_00527256<br><br>• Ex. H to Entangled Media's Opposition to Edwards Motion (docket no. 259-4).<br>• Ex. 10 to Entangled Media's Opposition to Holzen Motion (docket 259-24). | Entirety | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this exhibit be sealed in its entirety because it contains detailed, non-public, confidential information on Dropbox's finances. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's finances and revenue. | 259 |

| 28. | Entangled Media's Third Supplemental Preliminary Infringement Contentions, Ex. 2 (Oct. 4, 2024)

• Ex. J to Entangled Media's Opposition to Edwards Motion (docket no. 259-8 and 280-16). | Pgs. 1, 3-5, 7-13, 20-23, 25-30, 35-39, 44-46, 55-57, 62-65, 67 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this expert report be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's products. The highlighted portions contain detailed descriptions of the operation of Dropbox's products and source code, and internal Dropbox documents describing the architecture of its products. Disclosure of this information harm Dropbox's competitive standing as competitors would have unfair insight into proprietary information such as the specific technical contents of Dropbox's source code, the functionality of the software and source code, and details as to the types of changes Dropbox made to its source code and when such changes were made. Further, disclosure of this this information would harm Dropbox's competitive standing as competitors would have unfair insight into proprietary information about the inner workings, | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | | | | | | components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains.<br><br>The Court has previously granted a request to seal these infringement contentions at Dkt. No. 187. | |

| 29. | Entangled Media's Third Supplemental Preliminary Infringement Contentions, Ex. 1 (Oct. 4, 2024)<br><br>• Ex. K to Entangled Media's Opposition to Edwards Motion (docket 259-7 and 280-17). | Pgs. 1, 3, 15-25, 30-36, 40-44, 48-53, 56-66, 69-70, 76 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this expert report be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's products. The highlighted portions contain detailed descriptions of the operation of Dropbox's products and source code, and internal Dropbox documents describing the architecture of its products. Disclosure of this information harm Dropbox's competitive standing as competitors would have unfair insight into proprietary information such as the specific technical contents of Dropbox's source code, the functionality of the software and source code, and details as to the types of changes Dropbox made to its source code and when such changes were made. Further, disclosure of this this information would harm Dropbox's competitive standing as competitors would have unfair insight into proprietary information about the inner workings, | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | | | | | | components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains.<br><br>The Court has previously granted a request to seal these infringement contentions at Dkt. No. 187. | |

| 30. | DRBX_EM_00138747-DRBX_EM_00138757<br><br>• Ex. P to Entangled Media's Opposition to Edwards Motion (docket 259-9). | 138747-757 | Compelling reasons | Dropbox | Confidential business information; Technical information; Customer personal information; Customer-specific use; Employee email addresses | Dropbox respectfully requests that the highlighted portions of this exhibit be sealed because it contains confidential, non-public information disclosing the identities of a Dropbox employees and customer.  The highlighted portions also contain non-public, confidential information involving discussions between Dropbox engineers regarding a customer's use of Dropbox's product. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into sensitive information regarding Dropbox's commercial practices and customer relationships, and would undermine customers' trust in Dropbox. Dropbox's competitive standing will also be harmed because competitors would have unfair insight into proprietary information on the function, operation, and components of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| | | | | | | technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | |
| 31. | Entangled Media's Disclosure of Damages Contentions (Jan. 26, 2024)<br><br>• Ex. E to Dropbox's Holzen Motion (docket no. 244-16)<br>• Ex. B to Dropbox's Savage Motion (docket no. 244-19) | Pgs. 6-7, 9, 11, 13-16 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of this exhibit be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's license agreements, licensing practices, and business strategy. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's license agreements, licensing and business strategy, and cost analyses. | 244, 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 32. | Expert Report of Steve Holzen, Ex. 2.0 (Nov. 26, 2024)<br><br>• Ex. 11 to Entangled Media's Opposition to Holzen Motion (docket no. 259-25). | Entirety | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests this exhibit be sealed in its entirety because it reveals non-public and confidential information regarding Dropbox's license agreements and finances. Disclosure of this information, and the damages figures therein, would harm Dropbox's competitive standing as competitors would have unfair insight into and can deduce Dropbox's costs, finances, and licensing strategy. | 259 |
| 33. | Expert Report of Steve Holzen, Ex. 4.0 (Nov. 26, 2024)<br><br>• Ex. 12 to Entangled Media's Opposition to Holzen Motion (docket no. 259-26). | Entirety | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this exhibit be sealed in its entirety because it contains detailed, non-public, confidential information on Dropbox's finances. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's costs, finances and revenue. | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 34. | DRBX_EM_00056433-DRBX_EM_00056438<br><br>• Ex. 13 to Entangled Media's Opposition to Holzen Motion (docket 259-27) | Entirety | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this document be sealed in its entirety. This document is an internal document with non-public and confidential information regarding its business operations and strategy. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business strategy and decisions. | 259 |
| 35. | Expert Report of Steve Holzen, Ex. 6.2 (Nov. 26, 2024)<br><br>• Ex. 14 to Entangled Media's Opposition to Holzen Motion (docket no. 259-28). | Entirety | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests that this exhibit be sealed in its entirety because it contains detailed, non-public, confidential information on Dropbox's business and the users of its commercial products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business strategy and decisions. | 259 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 36. | Entangled Media's Reply in Support of Martinez Motion (docket nos. 281-2 and 292-2). | Pgs. 1, 6-8 | Compelling reasons | Dropbox | Licensing information/damages | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding its license agreements, terms, and licensing strategy. Disclosure of this information would harm Dropbox's competitive standing, as competitors would have unfair insight into its internal business operations, cost analyses, and licensing and business strategy. | 281 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 37. | Entangled Media's Reply in Support McDaniel Motion (docket nos. 281-5 and 292-1). | Pgs. 2-3 | Compelling reasons | Dropbox | Technical information | Dropbox respectfully requests the highlighted portions of this Motion be sealed because it contains detailed, non-public, and confidential information regarding the operation of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 281 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 38. | Dropbox's Motion for Summary Judgment (docket nos. 243-2, 244-6, 245) | Pgs. 2, 8, 15, 18-23 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this Motion be sealed because it contains detailed, non-public, and confidential information regarding the operation of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 243, 244 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 39. | Declaration of Patrick McDaniel in Support of Defendant's Motion for Summary Judgment (docket nos. 243-4 and 245-11) | ¶ 4 | Compelling reasons | Dropbox | Technical information | Dropbox respectfully requests the highlighted portions of this declaration be sealed because it contains detailed, non-public, and confidential information regarding the operation of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products. Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 243 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 40. | Entangled Media's Supplemental Disclosure of Damages Contentions dated August 6, 2024<br><br>• Ex. F to Dropbox's Holzen Motion (docket no. 244-17)<br>• Ex. A to Dropbox's Savage Motion (docket no. 244-20) | Pgs. 5, 6, 7, 9-10, 12-14, 15-20 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of this exhibit be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's license agreements, licensing practices, and business strategy. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's license agreements, licensing and business strategy, and cost analyses. | 244 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 41. | Deposition Transcript of Scott J. Savage dated February 5, 2025<br><br>• Ex. F to Dropbox's Savage Motion (docket nos. 244-22 and 252-2) | 61:11-23 | Good cause | Entangled Media | Confidential business information; Personal identifiable information | The redacted portions constitute Dr. Savage's confidential and sensitive personal annual salary information from his academic position and from consulting work performed outside the nine-month academic year, none of which relates to work Dr. Savage performed on this litigation, which has separately been provided to Dropbox. Such salary details are confidential, should not be made publicly available and are not related to the merits of the case or any disputed issue. | 244 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 42. | Dropbox's Motion to Exclude and Strike the Opinions of Stephen Holzen (docket no. 244-5) | Pgs. 1, 2, 4-6, 10-11 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of this Motion be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's finances and business strategy. Disclosure of this information, as well as any of the damages figures cited, would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's internal operations, finances, business strategy, and cost analyses. | 244 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 43. | Dropbox's Opposition to Martinez Motion (docket no. 264-2) | Pgs. 4-6, 12, 14-16 | Compelling reasons | Dropbox | Confidential business information; Licensing information/damages | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding its license agreements, terms, and licensing strategy. Disclosure of this information would harm Dropbox's competitive standing, as competitors would have unfair insight into its internal business operations, cost analyses, and licensing and business strategy. | 264 |

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 44. | Dropbox's Opposition to McDaniel Motion (docket no. 264-7) | Pgs. 17-18 | Compelling reasons | Dropbox | Technical information | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding the operation of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 264 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 45. | Excerpts from Deposition Transcript of Morgan Kyauk dated July 18, 2024<br><br>• Ex. 5 to Dropbox's Opposition to Motion for Summary Judgment (docket no. 264-11) | Pg. 117 | Compelling reasons | Dropbox | Confidential business information | Dropbox respectfully requests the highlighted portions of this transcript be sealed because it contains detailed, non-public, and confidential information regarding Dropbox's business operations. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's business and strategy decisions, as well as its business practices. | 264 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 46. | Dropbox's Reply in support of Motion for Summary Judgment (docket no. 283-2) | Pgs. 2, 6-8, 11-15 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding the operation of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 283 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 47. | Dropbox's Reply in support of Edwards Motion (docket no. 283-4) | Pgs. 10-11 | Compelling reasons | Dropbox | Confidential business information; Technical information | Dropbox respectfully requests the highlighted portions of this brief be sealed because it contains detailed, non-public, and confidential information regarding the operation of Dropbox's products. Disclosure of this information would harm Dropbox's competitive standing as competitors would have unfair insight into Dropbox's proprietary information about the inner workings, components, and functionality of certain of Dropbox's products.  Preserving the confidentiality of Dropbox's proprietary technical information and operations is critical to protect and secure the highly sensitive and confidential customer information Dropbox maintains. | 283 |

EXHIBIT A - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 48. | Dropbox's Reply in support of Holzen Motion (docket no. 283-6) | Pgs. 8-10 | Compelling reasons | Dropbox | Confidential business information | Contains descriptions of Dropbox's proprietary software, business strategies, and operations.  Disclosure of this information would reveal proprietary information, such as the specific functionality of Dropbox's software and commercially sensitive and confidential information regarding Dropbox's business practices. | 283 |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Legal Standard | Designating Party | Category of Protected Material | Rationale for Sealing or Prior Court Sealing Ruling | Docket of Original Sealing Motion |
|---|---|---|---|---|---|---|---|
| 49. | 2025-04-28 Entangled Media's Amended Second Supp. Priv. Log.<br><br>• Ex. A to Dropbox's Reply in support of Rule 56(d) Motion (docket no. 297-2) | Privilege Log cells at rows 399-401, 403, 444, 635-637, 639, 642-650, 653-655, 664, 700, 709, and 712-713. | Good Cause | Entangled Media | Confidential business information; Personal identifiable information | The redacted portions constitute Dr. Savage's confidential and sensitive personal annual salary information from his academic position and from consulting work performed outside the nine-month academic year, none of which relates to work Dr. Savage performed on this litigation, which has separately been provided to Dropbox. Such salary details are confidential, should not be made publicly available and are not related to the merits of the case or any disputed issue. | 297 |