# EXHIBIT B

| Document Title | Docket No. | Portions Originally Proposed to Be Sealed |
|---|---|---|
| Rebuttal Expert Report of Russel D. Slifer | 244-10 | ¶¶ 85-107, 109-111, 113-121, 124-128, 134-160 |
|  | 265-9 | ¶¶ 72-79, 141-155 |
| Excerpts from the deposition of Erik Caso | 244-11 | 94:24-95:15, 96:3-5, 166:22-24, 170:25-182:22, 316:18-320:7, 320:9-321:17 |
|  | 265-6 265-12 | Pgs. 38-39, 94-95, 96, 164, 166-167, 168-186, 316-321 |
| Excerpts from the expert report of Scott J. Savage | 244-21 | ¶¶ 21, 36, 41, 44, 46, 49, 54, 62-66, 69, 80, 84-86 |
| Excerpts from the Rebuttal Expert Report of George Edwards, Ph.D. Regarding Validity | 244-8 | Pg. 190 |
| Excerpts from the Second Deposition Transcript of Michael Abraham dated November 7, 2024 | 244-12 | 32:6-14, 294:7-295:11 |
| Slifer Report, Exhibit B (Materials Considered) | 244-14 | Pg. 1 |
| Expert Report of Gregory J. Gonsalves, Ph.D. | 244-13 | ¶¶ 113-117, 119-120, 123, 125-127, 129-130, 134-135, 171-174 |
| Dropbox's Motion to Strike Entangled Media's New Infringement Theories and to Exclude Testimony of Dr. Edwards | 244-2 | Pgs. 4:11-15, 4:20-22, 5:6-7, 5:15-23, 6:10-12, 6:16-20, 12:3-4, 13:19-24, 13:26-14:7, 17:12-16, 17:20-28, 18:15-16, 18:18-22, 19:2-3, 19:18-25, 19:28, 20:12-22, 20:26, 21:3, 21:25-22:3, 22:5-6, 22:8, 22:13-14, 23:26-24:6, 24:11-12, 24:16, 24:18 |
| Dropbox's Motion to Exclude Testimony of Mr. Slifer | 244-3 | Pgs. 3:6-18, 3:20-21, 3:23-25, 4:3, 4:9-17, 4:19-20, 5:23-25, 5:27-6:4, 8:18-19 |
| Dropbox's Motion to Exclude and Strike Certain Opinions of Dr. Savage | 244-4 | Pgs. 1:22-23, 1:27-2:1, 2:11-18, 2:25-26, 3:2-18, 3:20-22, 4:6-12, 5:1-28, 6:2-26, 9:22-25, 10:1-18, 10:23-26, 11:3-8, 11:15-22, 12:11-15, 12:20-21, 12:23-24, 13:18-22, 13:23-25, 14:3-6, 15:17-19, 15:23-16:6, 16:11-17:6, 17:8-9, 17:14-18, 17:19-23, 17:26-18:11 & n.3, 18:13-14 |
| Excerpts from the Expert Report of Stephen A. Holzen | 265-2 | ¶ 165 |
| Dropbox's Opposition to Motion for Summary Judgment | 265-3 | Pgs. 1, 4, 18 |
| EM_00019282 | 265-4 | Entirety |
| EM_00029518 | 265-5 | Entirety |
| Exhibit 2 to Deposition of Matthew Drew (EM_00131289) | 265-7 | Entirety |

EXHIBIT B - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Document Title | Docket No. | Portions Originally Proposed to Be Sealed |
|---|---|---|
| Rebuttal Expert Report of George Edwards, Ph.D. Regarding Validity | 265-8 265-10 | ¶¶ 36-71, 82, 133, 186, 241, 377, 383, 458, 462 |
| Motion to Strike Caso Declaration and Exhibits | 265-11 | Pg. 9 |
| Ex. 8 to Entangled Media's Opposition to Motion for Summary Judgment | 259-34 and 280-9 | Entirety |
| Excerpts of Entangled Media's Disclosure of Damages Contentions (Jan. 26, 2024) - Ex. 9 to Entangled Media's Opposition to Holzen Motion | 259-23 | Entirety |
| Dropbox's Second Supplemental Responses and Objections to Entangled Media's Second Set of Interrogatories (Nos. 10-23) | 283-5 and 283-7 | Pgs. 50-51 |
| K. Fowler 8/21/24 email re 30(b)(6) topics | 264-9 and 264-3 | Pg. 1 |
| Dropbox's 3/20/24 First Supplemental Initial Disclosures | 264-8 and 264-4 | Pgs. 2-3 |
| Dropbox's Reply in support of Savage Motion | 283-8 | Pg. 5 |
| Dropbox's Reply in support of Rule 56(d) Motion (docket no. 297-1) | 297 | Pp. 3-4 |

EXHIBIT B - CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD