**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DROPBOX, INC.,<br><br>　　　　　Defendant. | C.A. No. 5:23-cv-03264-PCP-VKD<br><br>**[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL PURSUANT TO ORDER DKT. NOS. 296, 317**<br><br>Judge: Hon. P Casey Pitts |

Before the Court is the Parties' Consolidated Motion to File Under Seal. The Court, having carefully considered the submissions, the record, the applicable law, and any arguments related thereto, FINDS that the material identified below should be sealed.

As such, the Consolidated Motion to File Under Seal is **GRANTED** and the portions of the Parties' exhibits identified in the table below shall be sealed.

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 1. | Entangled Media's Martinez Motion (docket nos. 237-2 and 250-1). | Pgs. 3-7, 9-10, 16-19 | Dropbox | |
| 2. | Rebuttal Expert Report of Chris Martinez (Jan. 14, 2025)<br><br>• Ex. A to Martinez Motion (docket nos. 237-3 and 250-2).<br>• Ex. 1 to Entangled Media's Opposition to Holzen Motion (docket nos. 259-20 and 280-20). | Pgs. TOC, 5, 17, 18, 27, 30, 38, 39, 45, 50, 52-56, 67, 69, 72-75, 79-82, 84-86, 88-90, 92, 96-99, 100, 102-103, 105-106 | Dropbox | |
| 3. | Dropbox's Responsive Damages Contentions<br><br>• Ex. D to Martinez Motion (docket nos. 237-4 and 250-3). | Pgs. 6, 8-9 | Dropbox | |

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 4. | Deposition transcript of Joshua Warner (Nov. 12, 2024)<br><br>• Ex. E to Martinez Motion (docket nos. 237-5 and 250-4).<br>• Ex. F to Entangled Media's Opposition to Edwards Motion (docket nos. 259-3 and 280-14).<br>• Ex. 6 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-32 and 280-7).<br>• Ex. I to Reply in Support of Martinez Motion (docket nos. 281-3 and 292-3).<br>• Exhibit J to Dropbox's Motion for Summary Judgment (docket no. 243-5)<br>• Exhibit 6 to Dropbox's Opposition to McDaniel Motion (docket no. 264-10)<br>• Exhibit 5 to Dropbox's Opposition to Martinez Motion (docket no. 264-5) | 22-25, 141-48, 66-68, 99-102, 107-08, 113-14, 117, 130-33, 138-39, 157-60, 161, 164, 214-15, 231, 239, 246-48, 255 | Dropbox | |
| 5. | Deposition transcript of Christopher Martinez (Jan. 30, 2025)<br><br>• Ex. F to Martinez Motion (docket nos. 237-6 and 250-5)<br>• Ex. J to Reply in Support of Martinez Motion (docket nos. 281-4 and 292-4).<br>• Ex. 6 to Dropbox's Opposition to Martinez Motion (docket no. 264-6) | Pgs. 121-24, 129-33, 137-44, 149-55, 165-72, 174-79 | Dropbox | |

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 6. | Expert Report of Stephen Holzen (Nov. 26, 2024).<br><br>• Ex. G to Martinez Motion (docket nos. 237-7 and 250-6).<br>• Ex. 3 to Entangled Media's Opposition to Savage Motion (docket nos. 259-15 and 280-12).<br>• Ex. 2 to Entangled Media's Opposition to Holzen Motion (docket nos. 259-21 and 280-21).<br>• Ex. A to Holzen Motion (docket no. 244-15)<br>• Ex. G to Savage Motion (docket no. 244-18) | Pgs. 14-15, 22-26, 31-37, 41-42, 48, 62, 70-76, 79-82<br><br>Exhibit 2.0, Exhibit 2.1, Exhibit 2.2, Exhibit 5.0, Exhibit 9.0 | Dropbox | |
| 7. | Entangled Media's McDaniel Motion (docket nos. 239-3 and 251-1) | Pgs. 4-5, 8-10, 13, 16, 18-19 | Dropbox | |
| 8. | Rebuttal expert report of Dr. Patrick McDaniel (Jan. 14, 2025)<br><br>• Ex. A to Entangled Media's McDaniel Motion (docket nos. 239-4 and 251-2).<br>• Ex. 14 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-39 and 280-11).<br>• Ex. L to Entangled Media's Opposition to Edwards Motion (docket nos. 259-8 and 280-18).<br>• Exhibit G to Dropbox's Motion for Summary Judgment (docket nos. 243-3 and 245-7)<br>• Exhibit D to Dropbox's Holzen Motion (docket nos. 243-6 and 248-4) | Pgs. i-ii, iv, 12, 24-37, 42-58, 60, 64-67, 71-76, 79-84, 89-91, 93-96, 103-106, 108-127, 129-131, 149, 151-56, 160-61, 167-78, 180-81, 183-88, 194, 196-99, 207-08, 211, 215-17, 220-46, 248-49 | Dropbox | |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 9. | Deposition transcript of Dr. Patrick McDaniel (Feb. 5, 2025)<br><br>• Ex. B to McDaniel Motion (docket nos. 239-5 and 251-3). | Pgs. 34, 139, 210-11, 218-19, 249, 252, 261-62, 264 | Dropbox | |
| 10. | Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-29 and 280-1). | Pgs. 3-5, 11-12, 14-15, 17-23 | Dropbox | |
| 11. | Entangled Media's Opposition to Savage Motion (docket nos. 259-13 and 280-4). | Pgs. 1, 4, 7, 12-13 | Dropbox | |
| 12. | Entangled Media's Opposition to Holzen Motion (docket nos. 259-19 and 280-3). | Pgs. 1-3, 6-10 | Dropbox | |
| 13. | Entangled Media's Opposition to Edwards Motion (docket nos. 259-2 and 280-2). | Pgs. 6, 16-17 | Dropbox | |
| 14. | Expert Report of Dr. George Edwards (Nov. 26, 2024)<br><br>• Ex. I to Entangled Media's Opposition to Edwards Motion (docket nos. 259-5 and 280-15).<br>• Ex. 1 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-30 and 280-5).<br>• Ex. 1 to Dropbox's Edwards Motion (docket no. 244-7)<br>• Ex. E to Dropbox's Motion for Summary Judgment (docket no. 244-9) | Pgs. i, v-vi, 7-8, 27-40, 42-53, 67-71, 76-80, 82-84, 86-92, 95, 96-100, 103, 107-08, 119, 120, 123-24, 129-31, 133-35, 139-41, 143, 149-50, 154, 184-97 | Dropbox | |

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 15. | Deposition transcript of George Baier (May 13, 2024)<br><br>• Ex. 4 to Entangled Media's Opposition to Motion for Summary Judgment (Dkt. 259-31).<br>• Ex. N to Dropbox's Reply in support of Motion for Summary Judgment (docket no. 283-3) | Pgs. 105-106, 108, 316 | Dropbox | |
| 16. | Deposition transcript of Dr. George Edwards (Jan. 31, 2025)<br><br>• Ex. R to Entangled Media's Opposition to Edwards Motion (docket nos. 259-11 and 280-19).<br>• Ex. 7 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-33 and 280-8). | Pgs. 221-222 | Dropbox | |
| 17. | DRBX_EM 00057386 – DRBX_EM 00057393<br><br>• Ex. T to Entangled Media's Opposition to Edwards Motion (docket no. 259-12).<br>• Ex. 10 to Opposition to Entangled Media's Motion for Summary Judgment (docket no. 259-35). | Entirety | Dropbox | |
| 18. | Deposition transcript of Alexandru Carp (Aug. 29, 2024)<br><br>• Ex. 11 to Entangled Media's Opposition to Motion for Summary Judgment (docket nos. 259-36 and 280-10). | Pgs. 122-28, 145-52 | Dropbox | |

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 19. | DROPBOX-EM_SC000335-341; DROPBOX-EM_SC000392-393; DROPBOX-EM_SC000655-656; DROPBOX-EM_SC000711; DROPBOX-EM_SC000725; DROPBOX-EM_SC0000727; DROPBOX-EM_SC0000729; DROPBOX-EM_SC000743; DROPBOX-EM_SC000795-809<br><br>• Ex. 12 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-37). | Entirety | Dropbox | |
| 20. | DRBX_EM_00057197 – DRBX_EM_00057199<br><br>• Ex. 13 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-38). | Entirety | Dropbox | |
| 21. | DRBX_EM_00051800 – DRBX_EM_00051808<br><br>• Ex. 15 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-40). | Entirety | Dropbox | |

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 22. | DRBX_EM_00002727 – DRBX_EM_00002729<br><br>• Ex. 17 to Entangled Media's Opposition to Motion for Summary Judgment (docket no. 259-41).<br>• Ex. Q to Entangled Media's Opposition to Edwards Motion (Exhibit 259-10). | 2727-2729 | Dropbox | |
| 23. | DRBX_EM_00008386 – DRBX_EM_00008454<br><br>• Ex. 2 to Entangled Media's Opposition to Savage Motion (docket no. 259-14). | Entirety | Dropbox | |
| 24. | DRBX_EM_00094118 – DRBX_EM_00094127<br><br>• Ex. 4 to Entangled Media's Opposition to Savage Motion (docket no. 259-16). | Entirety | Dropbox | |
| 25. | DRBX_EM_00094109 – DRBX_EM_00094117<br><br>• Ex. 5 to Entangled Media's Opposition to Savage Motion (docket no. 259-17). | Entirety | Dropbox | |
| 26. | Deposition transcript of Michal Malkiewicz (Feb. 11, 2025)<br><br>• Ex. 6 to Entangled Media's Opposition to Savage Motion (docket no. 259-18). | Pgs. 142, 144, 146, 148-49, 158-60 | Dropbox | |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 27. | DRBX_EM_00527256<br><br>• Ex. H to Entangled Media's Opposition to Edwards Motion (docket no. 259-4).<br>• Ex. 10 to Entangled Media's Opposition to Holzen Motion (docket 259-24). | Entirety | Dropbox | |
| 28. | Entangled Media's Third Supplemental Preliminary Infringement Contentions, Ex. 2 (Oct. 4, 2024)<br><br>• Ex. J to Entangled Media's Opposition to Edwards Motion (docket no. 259-8 and 280-16). | Pgs. 1, 3-5, 7-13, 20-23, 25-30, 35-39, 44-46, 55-57, 62-65, 67 | Dropbox | |
| 29. | Entangled Media's Third Supplemental Preliminary Infringement Contentions, Ex. 1 (Oct. 4, 2024)<br><br>• Ex. K to Entangled Media's Opposition to Edwards Motion (docket 259-7 and 280-17). | Pgs. 1, 3, 15-25, 30-36, 40-44, 48-53, 56-66, 69-70, 76 | Dropbox | |
| 30. | DRBX_EM_00138747-DRBX_EM_00138757<br><br>• Ex. P to Entangled Media's Opposition to Edwards Motion (docket 259-9). | 138747-757 | Dropbox | |
| 31. | Entangled Media's Disclosure of Damages Contentions (Jan. 26, 2024)<br><br>• Ex. E to Dropbox's Holzen Motion (docket no. 244-16)<br>• Ex. B to Dropbox's Savage Motion (docket no. 244-19) | Pgs. 6-7, 9, 11, 13-16 | Dropbox | |

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 32. | Expert Report of Steve Holzen, Ex. 2.0 (Nov. 26, 2024)<br><br>• Ex. 11 to Entangled Media's Opposition to Holzen Motion (docket no. 259-25). | Entirety | Dropbox | |
| 33. | Expert Report of Steve Holzen, Ex. 4.0 (Nov. 26, 2024)<br><br>• Ex. 12 to Entangled Media's Opposition to Holzen Motion (docket no. 259-26). | Entirety | Dropbox | |
| 34. | DRBX_EM_00056433-DRBX_EM_00056438<br><br>• Ex. 13 to Entangled Media's Opposition to Holzen Motion (docket 259-27) | Entirety | Dropbox | |
| 35. | Expert Report of Steve Holzen, Ex. 6.2 (Nov. 26, 2024)<br><br>• Ex. 14 to Entangled Media's Opposition to Holzen Motion (docket no. 259-28). | Entirety | Dropbox | |
| 36. | Entangled Media's Reply in Support of Martinez Motion (docket nos. 281-2 and 292-2). | Pgs. 1, 6-8 | Dropbox | |
| 37. | Entangled Media's Reply in Support McDaniel Motion (docket nos. 281-5 and 292-1). | Pgs. 2-3 | Dropbox | |
| 38. | Dropbox's Motion for Summary Judgment (docket nos. 243-2, 244-6, 245) | Pgs. 2, 8, 15, 18-23 | Dropbox | |

[PROPOSED] ORDER GRANTING CONSOLIDATED MOTION TO FILE UNDER SEAL
C.A. NO. 5:23-CV-03264-PCP-VKD

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 39. | Declaration of Patrick McDaniel in Support of Defendant's Motion for Summary Judgment (docket nos. 243-4 and 245-11) | ¶ 4 | Dropbox | |
| 40. | Entangled Media's Supplemental Disclosure of Damages Contentions dated August 6, 2024<br><br>• Ex. F to Dropbox's Holzen Motion (docket no. 244-17)<br>• Ex. A to Dropbox's Savage Motion (docket no. 244-20) | Pgs. 5, 6, 7, 9-10, 12-14, 15-20 | Dropbox | |
| 41. | Deposition Transcript of Scott J. Savage dated February 5, 2025<br><br>• Ex. F to Dropbox's Savage Motion (docket nos. 244-22 and 252-2) | 61:11-23 | Entangled Media | |
| 42. | Dropbox's Motion to Exclude and Strike the Opinions of Stephen Holzen (docket no. 244-5) | Pgs. 1, 2, 4-6, 10-11 | Dropbox | |
| 43. | Dropbox's Opposition to Martinez Motion (docket no. 264-2) | Pgs. 4-6, 12, 14-16 | Dropbox | |
| 44. | Dropbox's Opposition to McDaniel Motion (docket no. 264-7) | Pgs. 17-18 | Dropbox | |
| 45. | Excerpts from Deposition Transcript of Morgan Kyauk dated July 18, 2024<br><br>• Ex. 5 to Dropbox's Opposition to Motion for Summary Judgment (docket no. 264-11) | Pg. 117 | Dropbox | |
| 46. | Dropbox's Reply in support of Motion for Summary Judgment (docket no. 283-2) | Pgs. 2, 6-8, 11-15 | Dropbox | |

| Exhibit No. | Document Title | Portions Sought to be Sealed – Material Highlighted At | Designating Party | Court's Decision |
|---|---|---|---|---|
| 47. | Dropbox's Reply in support of Edwards Motion (docket no. 283-4) | Pgs. 10-11 | Dropbox | |
| 48. | Dropbox's Reply in support of Holzen Motion (docket no. 283-6) | Pgs. 8-10 | Dropbox | |
| 49. | 2025-04-28 Entangled Media's Amended Second Supp. Priv. Log.<br><br>• Ex. A to Dropbox's Reply in support of Rule 56(d) Motion (docket no. 297-2) | Privilege Log cells at rows 399-401, 403, 444, 635-637, 639, 642-650, 653-655, 664, 700, 709, and 712-713. | Entangled Media | |

**IT IS SO ORDERED**.

Dated: _____

_____
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE