John E. Lord (SBN 216111)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545
jlord@skiermontderby.com

Paul J. Skiermont (TX Bar No. 24033073)
(*Pro Hac Vice*)
Jaime K. Olin (SBN 243139)
Ryan A. Hargrave (TX Bar No. 24071516)
(*Pro Hac Vice*)
Alexander E. Gasser (WI Bar No. 24033073)
(*Pro Hac Vice*)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
jolin@skiermontderby.com
rhargrave@skiermontderby.com
agasser@skiermontderby.com

*Attorneys for Plaintiff*
Entangled Media, LLC

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>DROPBOX, INC.,<br><br>             Defendant. | C.A. No. 5:23-cv-03264-PCP-VKD<br><br>**NOTICE OF PLAINTIFF ENTANGLED MEDIA'S SUBMISSION OF REDACTED EXHIBITS PURSUANT TO COURT ORDER (ECF 324)** |

In accordance with the Court's August 29, 2025 Order Regarding the Parties' Consolidated Administrative Motion to Seal (Docket Nos. 318-322), Entangled Media hereby submits redacted versions of the following:

| Document Title | Docket No. of Sealed Version |
|---|---|
| Exhibit F to Dropbox's March 10, 2025, Motion to Exclude and Strike the Opinions of Dr. Savage – redacted version of the deposition transcript of Scott J. Savage dated February 5, 2025. | 244-22 |
| Exhibit A to Dropbox's May 1, 2025, Reply in Support of Rule 56(d) Motion – redacted version of Entangled Media's Amended Second Supplemental Privilege Log dated April 28, 2025. | 297-2 |

Dated: September 4, 2025

Respectfully submitted,

/s/ Alexander E. Gasser
John E. Lord (SBN 216111)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545
jlord@skiermontderby.com

Paul J. Skiermont (TX Bar No. 24033073)
(*Pro Hac Vice*)
Jaime K. Olin (SBN 243139)
Ryan A. Hargrave (TX Bar No. 24071516)
(*Pro Hac Vice*)
Alexander E. Gasser (WI Bar No. 24033073)
(*Pro Hac Vice*)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
jolin@skiermontderby.com
rhargrave@skiermontderby.com
agasser@skiermontderby.com

*Attorneys for Plaintiff*
Entangled Media, LLC