MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Jason C. White (*pro hac vice*)
jason.white@morganlewis.com
Nicholas A. Restauri (*pro hac vice*)
nicholas.restauri@morganlewis.com
Karon N. Fowler, Bar No. 308145
karon.fowler@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Attorneys for Defendant
Dropbox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>DROPBOX, INC.,<br><br>         Defendant. | Case No. 5:23-cv-03264-PCP<br><br>**DROPBOX'S UNOPPOSED MOTION TO CONTINUE TRIAL AND ALL RELATED PRETRIAL DATES**<br><br>Judge:   Hon. P. Casey Pitts |

Pursuant to Local Rule 6-3, Defendant Dropbox, Inc. ("Dropbox") hereby submits this Unopposed Motion to Continue Trial and All Related Pretrial Dates. Dropbox respectfully requests a continuance of the March 16, 2026 trial date and a corresponding extension of the pretrial schedule. Plaintiff Entangled Media, LLC ("Entangled Media") does not oppose the present motion.

Good cause exists to continue the trial date and related pretrial dates. A primary team member of Dropbox's trial counsel, Karon Fowler, will be on maternity leave during the current March 16, 2026 trial date. Dropbox immediately contacted counsel for Entangled Media when the conflict became apparent. Given Ms. Fowler's significant trial responsibilities in this case and her ongoing role in the case to date, a modest continuance will allow Ms. Fowler to both have some maternity leave and also undertake her significant trial responsibilities. Entangled Media does not oppose the requested extension based on these grounds.

Counsel for the parties have met and conferred numerous times over the past few weeks. The parties have determined that they have overlapping availability on the following dates for trial[1]:

- July 20, 2026
- July 27, 2026
- March 30, 2026

Dropbox requests the July 20, 2026 or July 27, 2026 dates because (i) two Dropbox experts have conflicts on April 2 and 3, 2026, such that only three trial days (i.e., March 30 – April 1, 2026) would permit for all experts to be present; and (ii) a change from the current March 16, 2026 trial date to a March 30, 2026 trial date would not avoid the conflict posed by Ms. Fowler's maternity leave. To the extent July 20, 2026, or July 27, 2026 are unavailable for the Court, Dropbox proposes that the parties further discuss additional dates.

In an effort to accommodate Dropbox, Entangled Media does not oppose a trial date for

---

[1] Dropbox understands that one of Entangled Media's experts has a pre-planned trip and will be out of the country for all of July and August 2026. Entangled Media has agreed to a trial date in July with the expectation that this expert will fly back to testify live at trial. To the extent this expert is unable to travel back, the parties agree (subject to Court approval) that this expert may testify by Zoom video if necessary.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DROPBOX UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL DATES
Civil Action No.: 5:23-cv-03264-PCP

2

either July 20, 2026, or July 27, 2026. To the extent July 20, 2026, or July 27, 2026 are unavailable for the Court, Entangled Media requests a March 30, 2026, trial date, and requests that Dropbox attempt to eliminate its expert conflicts during the week of March 30, 2026 (which is a possibility) or have the Court keep its original March 16, 2026, date if a new trial date cannot occur before August 2026 given the prejudice to its client of a significant delay.

To date, the Court has not previously continued the trial date in this case by request of either party.

Accordingly, Dropbox respectfully requests (and Entangled Media does not oppose) that the Court extend the pretrial deadlines and trial date as set forth below:

| Event | Current Deadline (Dkt. 336) | Proposed New Deadline |
|---|---|---|
| Joint Pretrial Statement | February 10, 2026 | June 16, 2026 |
| Jury Materials | February 10, 2026 | June 16, 2026 |
| Motions in Limine | February 10, 2026 | June 16, 2026 |
| Oppositions to Motions in Limine | February 17, 2026 | June 23, 2026 |
| Joint Pretrial Conference | February 24, 2026 | June 30, 2026 |
| Further Pretrial Conference | March 12, 2026 | July 16, 2026 |
| Trial | March 16, 2026 | July 20, 2026 |

Dated: November 26, 2025

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Karon N. Fowler*
Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Jason C. White (*pro hac vice*)
jason.white@morganlewis.com
Nicholas A. Restauri (*pro hac vice*)
nicholas.restauri@morganlewis.com
Karon N. Fowler, Bar No. 308145
karon.fowler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606-1511
Tel: +1.312.324.1000
Fax: +1.312.324.1001

*Attorneys for Defendant Dropbox, Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DROPBOX UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL DATES
Civil Action No.: 5:23-cv-03264-PCP

4