# EXHIBIT 1

# Jae Young Bang, PhD

**CEO & Software Expert**
Cyberonix Experts, LLC
El Segundo, CA 90245

phone: +1 (888) 668-8391
e-mail: jae@cyberonixexperts.com
web: https://cyberonixexperts.com

## Education

University of Southern California: .................................................. Los Angeles, CA, USA

- 5/2015 **Doctor of Philosophy** in Computer Science (Software Engineering)
- 5/2010 **Master of Science** in Computer Science

Soongsil University: ................................................................ Seoul, Republic of Korea

- 6/2008 **Bachelor of Engineering** in Computer Science

## Work History

Cyberonix Experts, LLC: ............................................................ El Segundo, CA, USA

- 6/2025 – present **CEO & Software Expert**: Lead Cyberonix, a software expert consulting firm. Deliver expert witness services in high-stakes IP disputes, translating complex software systems into clear, defensible technical opinions through source code analysis, reverse engineering, and system evaluation. Serve as a trusted advisor to executives on software engineering practices, system architecture, and software development using AI. Lead technical due diligence for investments and M&A.

University of Southern California: .................................................. Los Angeles, CA, USA

- 1/2024 – present **Adjunct Faculty**: Teach the graduate-level *Software Architectures* (CSCI-578) and *Software Engineering* (CSCI-577a) classes, Thomas Lord Department of Computer Science, Viterbi School of Engineering.

Quandary Peak Research: ........................................................... Los Angeles, CA, USA

- 9/2022 – 4/2025 **Director of Software Development**: Led internal software research and development to advance technologies in source code analysis, quality evaluation, reverse engineering, cost estimation, and failure analysis.
- 3/2019 – 4/2025 **Senior Computer Scientist**: Served as a testifying expert in software IP litigation, including patent and copyright infringement, trademark misappropriation, and breach of contract. Advised on technical due diligence for startup investments and M&A.

University of California, Irvine: ............................................................ Irvine, CA, USA

- 1/2022 – 4/2022 **Adjunct Faculty**: Taught *Software Design: Structure and Implementation*, Department of Informatics, Donald Bren School of Information and Computer Sciences.

Kakao Corporation: ............................................. Seoul Capital Area, Republic of Korea

6/2015 – 2/2019 **Software Engineer**: Developed and scaled the user identity platform supporting 100M+ users across Kakao services, including KakaoTalk.

University of Southern California: ............................................. Los Angeles, CA, USA

5/2009 – 5/2015 **Research Assistant**: Led research in collaborative software design, with a focus on distributed system reliability and Android data security.

1/2014 – 12/2014 **Teaching Assistant** (USC CSCI-578: Software Architectures)

Infosys Limited: ............................................................... Bangalore, Karnataka, India

6/2012 – 8/2012 **Graduate Research Intern**: Conducted a large-scale empirical study on collaborative software design as part of Infosys Labs.

## Software Consulting Experience

### Executive Technology Advising Experience

Soaring Aerospace Inc. ................................................................... 2/2026 – present

Nature: Advise on software engineering practices

Technologies: Avionics software (drones)

Surlamer LLC ............................................................................... 7/2025 – present

Nature: Advise on software product development and engineering strategy

Technologies: Financial software (fintech)

### Software Litigation Consulting Cases: Active Cases[1]

Confidential ................................................................................... 7/2026 – present

Jurisdiction: District Court, Western District of Texas

Nature of Suit: Patent

VL Collective IP LLC v. Microsoft Corporation ..................................... 7/2026 – present

Jurisdiction: District Court, Eastern District of Texas

Case No.: 2:26-cv-00346-JRG

Counsel: Alberti Lim & Tonkovich LLP

Nature of Suit: Patent

Confidential ................................................................................... 4/2026 – present

Jurisdiction: District Court, District of Delaware

Nature of Suit: Patent

Avatier IP, LLC v. Microsoft Corporation ............................................ 3/2026 – present

Jurisdiction: District Court, Central District of California

Case No.: 2:25-cv-3640

Counsel: Daignault Iyer LLP

Nature of Suit: Patent

[1] I was retained by the underlined party.

Amadeus North America, Inc. and Amadeus IT Group, SA v. Optym, Inc. f/k/a Innovative Scheduling, LLC, et al. .......... 3/2026 – present
- Jurisdiction: Business Court of Texas First Division
- Case No.: 26-BC0IB-0004
- Counsel: Troutman Pepper Locke
- Nature of suit: Trade Secret

Zorn v. Mayfield, Cody and Hudlin; Meyer and Hoch Publishing Co., Inc. v. City of Marion, Kansas, Mayfield, Cody and Hudlin; Herbel v. City of Marion, Kansas, Cody and Hudlin .......... 2/2026 – present
- Jurisdiction: District Court, District of Kansas
- Case No.: 24-2044-DDC-GEB, 24-2122-DDC-GEB, 24-02224-HLT-GEB
- Counsel: McDonald Tinker PA
- Nature of suit: Civil Rights

Jackson v. LinkedIn Corporation .......... 9/2025 – present
- Case No.: 5:24-cv-00812 (District Court, Northern District of California)
- Case No.: 25CV457271 (Superior Court of California, County of Santa Clara)
- Counsel: Baron and Budd, P.C.
- Nature of suit: Class Action

VinLogx LLC v. Accu-Trade LLC .......... 9/2025 – present
- Jurisdiction: Court of Chancery of the State of Delaware
- Case No.: 2024-1236-MTZ
- Counsel: Gordon Rees Scully Mansukhani, LLP
- Nature of suit: Breach of Contract

In Re GEICO Customer Data Breach Litigation .......... 9/2025 – present
- Retaining Party: GEICO
- Jurisdiction: District Court, Eastern District of New York
- Case No.: 1:21-cv-02210-KAM-SJB
- Counsel: Rivkin Radler LLP
- Nature of suit: Class Action

Entangled Media, LLC v. Dropbox, Inc. .......... 1/2024 – present
- Jurisdiction: District Court, Northern District of California
- Case No.: 5:23-cv-03264
- Counsel: Munck Wilson Mandala, LLP
- Nature of Suit: Patent

## Software Litigation Consulting Cases: Past Cases[2]

MyPort Technologies, Inc. v. Apple, Inc. .......... 9/2025 – 3/2026
- Jurisdiction: District Court, District of Delaware
- Case No.: 1:24-cv-01337

[2] I was retained by the underlined party.

Counsel: Skiermont Derby, LLP
Nature of suit: Patent

Note-e-fied v. Newton Isaac; Carebeyond; Michael Raiz; Marvin Javellana; Charles Sam Smith; and Final Solution Inc. ........ 6/2025 – 2/2026
Retaining Party: Jointly retained by both parties pursuant to court appointment
Jurisdiction: Superior Court of California, County of Los Angeles
Case No.: 21STCV03392
Counsel: Miller Law Office, PC (Plaintiff) and Yassin Law, APC (Defendant)
Nature of suit: Trade Secret, Breach of Duty, Fraud
Testimony: Report (Jul 21, 2025)

Courtney Cole et al. v. LinkedIn Corporation ........ 5/2025 – 1/2026
Jurisdiction: District Court, Northern District of California
Case No.: 5:25-cv-01097
Counsel: Arisohn LLC
Nature of suit: Class Action
Testimony: Declaration (May 20, 2025)

FlexShopper, Inc. v. Upbound Group, Inc. ........ 7/2025 – 12/2025
Jurisdiction: District Court, Eastern District of Texas
Case No.: 2:24-cv-00794
Counsel: Sullivan & Cromwell LLP
Nature of suit: Patent

Austin Recht et al. v. TikTok Inc. (f/k/a Musical.ly, Inc.); ByteDance Inc.; Beijing Douyin Information Service Co. Ltd. a/k/a ByteDance Technology Co. Ltd.; and Douyin Ltd. a/k/a ByteDance Ltd. ........ 5/2025 – 11/2025
Jurisdiction: District Court, Northern District of Illinois
Case No.: 1:24-cv-02110
Counsel: Baron and Budd, P.C.
Nature of suit: Class Action

Matter of Position Mobile Ltd SEZC ........ 5/2025 – 11/2025
Retaining Party: Technology Investment Consortium, LLC
Jurisdiction: Grand Court of the Cayman Islands
Case No.: FSD 79 OF 2022 (DDJ)
Counsel: Dinner Martin Attorneys t/a Dentons
Nature of suit: Breach of Contract; Intellectual Property – Trade Secret

System Software Technologies, LLC v. Resource Acquisition & Management Services, Inc. ........ 8/2025 – 11/2025
Jurisdiction: The 13th Judicial Circuit Courts, Hillsborough County, Florida
Case No.: 24-CA-010290
Counsel: Rocke, McLean & Sbar, P.A.
Nature of suit: Breach of Contract

Weisner v. Google LLC ........ 8/2025 – 8/2025
- Jurisdiction: District Court, Southern District of New York
- Case No.: 1:23-cv-08186 and 1:20-cv-02862
- Counsel: Valhalla Legal, PLLC
- Nature of suit: Patent

Michael Gonzales v. Charter Communications, LLC ........ 6/2025 – 6/2025
- Jurisdiction: District Court, Central District of California
- Counsel: Ferguson Case Orr Paterson LLP
- Nature of suit: Labor: Fair Standards

Algebraix LLC v. International Business Machines Corporation (IBM) ..... 3/2025 – 4/2025
- Jurisdiction: District Court, Eastern District of Texas
- Counsel: Nelson Bumgardner Conroy PC
- Nature of Suit: Patent

Confidential (Pre-Litigation) ........ 2/2025 – 4/2025
- Nature of Suit: Patent

Via Transportation, Inc. v. RideCo Inc. ........ 6/2022 – 2/2025
- Jurisdiction: District Court, Western District of Texas
- Counsel: Wilson Sonsini Goodrich & Rosati
- Nature of Suit: Patent

InQuisient Inc. v. ServiceNow, Inc. ........ 2/2024 – 11/2024
- Jurisdiction: District Court, District of Delaware
- Counsel: Fish & Richardson P.C.
- Nature of Suit: Patent

Nations Info Corp. v. Rink. ........ 1/2023 – 9/2024
- Jurisdiction: American Arbitration Association
- Counsel: The Law Offices of Robert M. Moss, Inc.
- Nature of Suit: Breach of Contract

Smart Mobile Technologies, LLC v. Samsung Electronics Co. Ltd. et al. ........ 10/2023 – 6/2024
- Jurisdiction: District Court, Western District of Texas
- Counsel: Graves & Shaw LLP
- Nature of Suit: Patent

IPA Technologies, Inc. v. Microsoft Corp. ........ 10/2022 – 5/2024
- Jurisdiction: District Court, District of Delaware
- Counsel: Skiermont Derby, LLP
- Nature of Suit: Patent

AGI SureTrack, LLC v. Farmers Edge Inc. et al. ........ 4/2022 – 4/2024
- Jurisdiction: District Court, Eastern District of Texas
- Counsel: Irell & Manella LLP
- Nature of Suit: Patent

<u>MyPort, Inc.</u> v. Samsung Electronics Co., Ltd. et al. ................................ 9/2022 – 2/2024
Jurisdiction: District Court, Eastern District of Texas
Counsel: Skiermont Derby, LLP
Nature of Suit: Patent
Testimony: IPR Declaration (Jul 17, 2023), IPR Deposition (Sep 28, 2023), Expert Report (Oct 13, 2023), Deposition (Oct 17, 2023)

<u>Polaris PowerLED Technologies, LLC</u> v. Samsung Electronics America, Inc. et al. ...................................... 9/2023 – 11/2023
Jurisdiction: District Court, Eastern District of Texas
Counsel: Kramer Alberti Lim & Tonkovich LLP
Nature of Suit: Patent

<u>Farmobile, LLC</u> v. Farmers Edge Inc. .................................................... 4/2019 – 9/2023
Jurisdiction: Federal Court of Canada
Counsel: Gowling WLG (Canada) LLP
Nature of Suit: Patent
Testimony: Affidavit (Nov 5, 2021), Deposition (Nov 23, 2021)

<u>Mendoza</u> v. WP Company LLC ........................................................... 4/2023 – 5/2023
Jurisdiction: District Court, District of Columbia
Counsel: Edelsberg Law
Nature of Suit: Class Action

<u>Barber</u> v. Eisenhower Medical Center, Inc. .............................................. 4/2023 – 5/2023
Jurisdiction: Central District of California
Counsel: Edelsberg Law
Nature of Suit: Class Action

<u>Waller</u> v. Times Publishing Company .................................................... 4/2023 – 5/2023
Jurisdiction: Middle District of Florida
Counsel: Edelsberg Law
Nature of Suit: Class Action

<u>Broadband iTV, Inc.</u> v. Charter Communications, LLC .......................... 4/2022 – 10/2022
Jurisdiction: International Trade Commission (ITC)
Counsel: Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
Nature of Suit: Patent

<u>Zeta Global Corp.</u> v. Maropost Marketing Cloud, Inc. ............................ 4/2022 – 1/2023
Jurisdiction: District Court, Southern District of New York
Counsel: Newman Du Wors Durrance
Nature of Suit: Patent
Testimony: Declaration (Jan 19, 2023)

Allscripts Healthcare, LLC v. <u>Andor Health, LLC</u> .................................. 4/2022 – 8/2022
Jurisdiction: District of Delaware
Counsel: Locke Lord LLP

Nature of Suit: Breach of Contract

Express Mobile, Inc. v. Meta Platforms, Inc. ........................................... 4/2021 – 3/2022
Jurisdiction: Northern District of California
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli, LLP
Nature of Suit: Patent

Express Mobile, Inc. v. eBay Inc. ......................................................... 4/2021 – 3/2022
Express Mobile, Inc. v. Salesforce.com, Inc. ........................................... 4/2021 – 3/2022
Express Mobile, Inc. v. Slack Technologies, Inc. ..................................... 4/2021 – 3/2022
Jurisdiction: Western District of Texas
Counsel: Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
Nature of Suit: Patent

RS Software LTD v. Chromedio LLC (dba PayeFX)................................ 3/2021 – 4/2021
Jurisdiction: Superior Court of California, County of San Diego
Counsel: Messner Reeves LLP
Nature of Suit: Breach of Contract

Total Meter Services Inc. v. GVM Integration Inc. .................................. 3/2021 – 5/2023
Jurisdiction: Superior Court of Justice, Ontario, Canada
Counsel: Gowling WLG (Canada) LLP
Nature of Suit: Copyright
Testimony: Expert Report (Mar 26, 2021), Trial (May 18, 2023)

Bryndon Fisher v. The United States .................................................. 12/2020 – 12/2022
Jurisdiction: United States Court of Federal Claims
Counsel: Schubert Jonckheer & Kolbe LLP
Nature of Suit: Class Action

Revitch v. New Moosejaw, LLC, et al. ................................................. 8/2020 – 12/2021
Jurisdiction: District Court, Northern District of California
Counsel: Bursor & Fisher, P.A.
Nature of Suit: Corporate Civil Suit

The Hertz Corp. v. Accenture, LLP ...................................................... 7/2019 – 7/2020
Jurisdiction: District Court, Southern District of New York
Counsel: Wiggin and Dana, LLP
Nature of Suit: Breach of Contract

OnSors, LLC v. Sabrina Schueppl dba NuMe, ABV Group, Inc., et al. ..... 3/2019 – 9/2019
Jurisdiction: Superior Court of the State of California
Counsel: Ulich Balmuth Fisher, LLP
Nature of Suit: Breach of Contract

## Technical Due Diligence Consulting (Merger & Acquisitions) Experience

HotelPlanner + Reservations.com Merger with Astrea – SPAC ................ 6/2021 – 8/2021
Technologies: Hospitality Management Systems

Enoviq ........................................................................................ 3/2021 – 5/2021
Technologies: Insurance Management Systems
Big Capital ........................................................................................ 6/2020 – 7/2020
Technologies: Smartphone Operating Systems and User Interface

### Software Intellectual Property (IP) Consulting Experience

Confidential ........................................................................................ 3/2025 – 4/2025
Nature: Prior art patent analysis
Technologies: Multimedia

## Teaching Experience

Software Engineering (CSCI-577a), USC ........................................ Spring 2026
Software Architectures (CSCI-578), USC ........................................ Fall 2025
Software Engineering (CSCI-577a), USC ........................................ Spring 2025
Software Architectures (CSCI-578), USC ........................................ Fall 2024
Software Architectures (CSCI-578), USC ........................................ Spring 2024
Software Design: Structure and Implementation (INF 122), UC Irvine .......... Winter 2022

## Media Mentions

"Samsung Co-CEO Han Jong-hee Dies of Heart Attack at 63," CNET ....... March 25, 2025

## Patents

1. US Patent 10,827,349, SEALANT: Security for End-Users of Android via Light-Weight Analysis Techniques, granted on November 3, 2020.
2. US Patent Application US-2012-0089960-A1, Extensible Collaborative Software Modeling, published on April 14, 2012.

## Publications

### Journal Papers

1. Dohyun Kim, Soohyun Park, Joongheon Kim, Jae Young Bang, and Soyi Jung. "Stabilized Adaptive Sampling Control for Reliable Real-Time Learning-based Surveillance Systems." *IEEE/KICS Journal of Communications and Networks*. 23(2):128-136, April 2021.
2. Jae Young Bang, Yuriy Brun, and Nenad Medvidovic. "Collaborative Design Conflicts: Costs and Solutions." *IEEE Software*, vol. 35, no. 6, November/December 2018, pp. 25-31.
3. Yuriy Brun, Jae Young Bang, George Edwards, and Nenad Medvidovic. "Self-Adapting Reliability in Distributed Software Systems." *IEEE Transactions on Software Engineering (TSE)*, 2015.

## Conference Papers

1. Jae Young Bang, Yuriy Brun, and Nenad Medvidovic. "Continuous Analysis of Collaborative Design." *In proceedings of the IEEE International Conference on Software Architecture (ICSA17)*, Gothenburg, Sweden, April 2017. **Best Paper Award**.
2. Youn Kyu Lee, Jae Young Bang, Gholamreza Safi, Arman Shahbazian, Yixue Zhao, and Nenad Medvidovic. "A SEALANT for Inter-App Security Holes in Android." *In proceedings of the 39th International Conference on Software Engineering (ICSE17)*, Buenos Aires, Argentina, May 2017.
3. Jae Young Bang and Nenad Medvidovic. "Proactive Conflict Detection of Higher-Order Software Design Conflicts." *In proceedings of the 12th Working IEEE/IFIP Conference on Software Architecture (WICSA15)*, Montreal, Quebec, Canada, May 2015.
4. Youn Kyu Lee, Jae Young Bang, Joshua Garcia, and Nenad Medvidovic. "ViVA: A Visualization and Analysis Tool for Distributed Event-Based Systems." *In proceedings of the 36th International Conference on Software Engineering (ICSE14)*, Hyderabad, India, May 2014.
5. Yuriy Brun, George Edwards, Jae Young Bang, and Nenad Medvidovic. "Smart Redundancy for Distributed Computation." *In proceedings of the 31st International Conference on Distributed Computing Systems (ICDCS11)*, Minneapolis, Minnesota, USA, June 2011.
6. Jae Young Bang, Daniel Popescu, George Edwards, Nenad Medvidovic, Naveen Kulkarni, Girish M. Rama, and Srinivas Padmanabhuni. "CoDesign – A Highly Extensible Collaborative Software Modeling Framework." *In proceedings of the 32nd International Conference on Software Engineering (ICSE10)*, Cape Town, South Africa, May 2010.

## Workshop Papers

1. Dohyeon Kim, Joongheon Kim, and Jae Young Bang. "A Reliable, Self-Adaptive Face Identification Framework via Lyapunov Optimization." *In Proceedings of the Workshop on AI Systems at Symposium on Operating Systems Principles (AISys17)*, Shanghai, China, October 2017.
2. Jae Young Bang, Ivo Krka, Nenad Medvidovic, Naveen Kulkarni, and Srinivas Padmanabhuni. "How Software Architects Collaborate: Insights from Collaborative Software Design in Practice." *In proceedings of the 6th International Workshop on Cooperative and Human Aspects of Software Engineering at International Conference on Software Engineering (CHASE13)*, San Francisco, California, USA, May 2013.
3. Jae Young Bang, Daniel Popescu, and Nenad Medvidovic. "Enabling Workspace Awareness for Collaborative Modeling." *Presented at the Future of Collaborative Software Development at Computer Supported Cooperative Work (FutureCSD12)*, Seattle, Washington, USA, February 2012.

## Non-refereed Publications

1. Youn Kyu Lee, Ruhollah Shemirani, Jae Young Bang, Arman Shahbazian, Gholamreza Safi, and Nenad Medvidovic. "SEALANT: Preventing Inter-Application

Attacks in Android." *Technical Report USC-CSSE-16-601*, Center for Systems and Software Engineering, University of Southern California, 2016.

2. Yuriy Brun, George Edwards, Jae Young Bang, and Nenad Medvidovic. "Online Reliability Improvement via Smart Redundancy in Systems with Faulty and Untrusted Participants." *Technical Report USC-CSSE-2009-510*, Center for Systems and Software Engineering, University of Southern California, 2009.

## Research Grants

1. "Computation- and Data-Privacy on the Cloud Google", Google Research, Cloud Credits Award, 2014.

## Formal Presentations and Guest Lectures

1. Software Analysis Practice. Invited talk at the 14th International Conference on ICT Convergence (ICTC23), Jeju Island, Korea, October 12, 2023.
2. Software Analysis in Practice. Guest lecture for USC CS577b Software Engineering, March 22, 2022.
3. The Web and Internet Security. Guest lecture for USC LAW730 Computer Science for Lawyers, September 22, 2020.
4. Software Forensics in Practice. Guest lecture for USC CS699 Software Forensics, January 27, 2020.
5. Collaborative Design Conflicts: Costs and Solutions. Invited talk at the Korean Conference on Software Engineering 2019 (KCSE19), Pyeongchang, Korea, January 29, 2019.
6. Continuous Analysis of Collaborative Design. The IEEE International Conference on Software Architecture (ICSA17), Gothenburg, Sweden, April 6, 2017.
7. Proactive Detection of Higher-Order Software Design Conflicts. The 12th Working IEEE/IFIP Conference on Software Architecture (WICSA15), Montreal, Quebec, Canada, May 7, 2015.
8. Proactive Detection of Higher-Order Software Design Conflicts. University of Southern California Center of Systems and Software Engineering Annual Research Review 2015, Los Angeles, CA, April 15, 2015.
9. Proactive Detection of Higher-Order Software Design Conflicts. PhD Dissertation Defense, Los Angeles, CA, March 19, 2015.
10. Using a Next-Generation Climate Architecture in Education. The 3rd Annual ESGF/UV-CDAT F2F Meeting, Livermore, CA, December 5, 2013.
11. How Software Architects Collaborate: Insights from Collaborative Software Design in Practice. University of Southern California Center of Systems and Software Engineering Annual Research Review 2013, Los Angeles, CA, March 13, 2013.

12. Fast Conflict Detection for Remote Collaborative Software Modeling. University of Southern California Center of Systems and Software Engineering Annual Research Review 2011, Los Angeles, CA, March 8, 2011.
13. CoDesign–A Highly Extensible Collaborative Software Modeling Framework. The 32nd International Conference on Software Engineering (ICSE10), Cape Town, South Africa, May 5, 2010.
14. CoDesign – A Highly Extensible Collaborative Software Modeling Framework. University of Southern California Center of Systems and Software Engineering Annual Research Review 2010, Los Angeles, CA, March 9, 2010.
15. CoDesign/CoWare: A Highly Extensible and Scalable Collaborative Software Modeling Infrastructure. Infosys Aurora 09'. Los Angeles, CA, October 19, 2009.

## Research Project Experience

### Funded

University of Southern California: ................................................ Los Angeles, CA, USA

6/2009 – 12/2014 **CoDesign/CoWare**: A highly extensible, scalable, and event-based collaborative software modeling framework that provides real-time model synchronization, inconsistency checking and conflict detection and resolution via extensible plug-ins. Funded by Infosys Limited.

### Graduate-level

University of Southern California: ................................................ Los Angeles, CA, USA

1/2015 – 5/2015 **FLAME**: An extensible collaborative software design framework that detects high-order design conflicts in a proactive way, i.e., before an architect synchronizes her model and finally becomes aware of them.

Project website: https://www.flamedesign.org/

6/2014 – 12/2014 **sTile**: Secure distributed computation architecture on clouds

3/2009 – 11/2009 **Smart Redundancy**: Novel redundancy technique for distributed computation. Deployed modified BOINC on PlanetLab.

7/2009 – 9/2009 **rMapReduce**: A programming model and software framework that extends the MapReduce paradigm to gracefully and efficiently tolerate a wide class of failures, including hard-to-detect failures caused by faulty and malicious nodes. Deployed modified Hadoop on PlanetLab.

1/2009 – 3/2009 **Mahjong on PlanetLab**: Deployed Mahjong, by Prof. Yuriy Brun, on PlanetLab, as a Directed Research student under the supervision of Prof. Nenad Medvidovic at University of Southern California.

## Professional Services

### Refereeing and Reviewing

- Computing (COMP) .......... 2023
- Computing (COMP) .......... 2022
- Computing (COMP) .......... 2021
- Computing (COMP) .......... 2018
- Transactions on Software Engineering and Methodology (TOSEM) .......... 2015
- 8th European Conference on Software Architecture (ECSA 2014) .......... 2014
- 28th Int'l Conference on Automated Software Engineering (ASE 2013) .......... 2013
- 7th European Conference on Software Architecture (ECSA 2013)
- 4th Int'l Symposium on Architecting Critical Systems (ISARCS 2013)
- 16th Int'l Symposium on Component-Based Software Engineering (CBSE 2013)
- 7th Int'l Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2012) .......... 2012
- 6th Int'l Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2011) .......... 2011
- 26th Int'l Conference on Automated Software Engineering (ASE 2011)

## Technical Expertise

| | |
|---|---|
| Programming: | Java (Spring, JDBC), Ruby (Rails), HTML (Slim), Go, Rust, CSS, JavaScript (Apps Script, React, Angular, Node, CoffeeScript, TypeScript, JQuery), C, C++, C#, Kotlin, Objective-C, Swift, PHP (Hack), Python (Django, Flask), Perl, Visual Basic |
| Mobile platforms: | Android (AOSP, Samsung Galaxy), iOS |
| Cloud platforms: | Microsoft Azure, Google Cloud, Amazon Web Services |
| Frameworks: | Hadoop, PlanetLab, BOINC, GME, Prism-MW, XTEAM |

## Honors, Awards, Fellowships

| | |
|---|---|
| 4/2017 | Best Paper Award at Int'l Conference on Software Architecture 2017 |
| 8/2010– 5/2014 | USC Annenberg Graduate Fellowship |