Anton "Tony" Handal (SBN 113812)
thandal@munckwilson.com
John E. Lord (SBN 216111)
jlord@munckwilson.com
Brent J. Lehman (SBN 282149)
blehman@munckwilson.com
Georgiana A. Nikias (SBN 283718)
gnikias@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 855-3311
Facsimile: (972) 628-3616

*Attorneys for Plaintiff*. Entangled Media, LLC

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ENTANGLED MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>Defendant. | C.A. No. 5:23-cv-03264-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ENTANGLED MEDIA, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND STAY** |

Having considered Plaintiff Entangled Media's Motion for Leave to File Motion for Reconsideration and Stay and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff Entangled Media's Motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated: ____________________

______________________________
HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 31, 2026 to all counsel of record via the Court's CM/ECF system.

By: /s/ *John E. Lord*
John Lord