MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Katerina Hora Jacobson, Bar No. 342384
katerina.horajacobson@morganlewis.com
An Le, Bar No. 347666
an.le@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Jason C. White (*pro hac vice*)
jason.white@morganlewis.com
Nicholas A. Restauri (*pro hac vice*)
nicholas.restauri@morganlewis.com
Karon N. Fowler, Bar No. 308145
karon.fowler@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Attorneys for Defendant
Dropbox, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ENTANGLED MEDIA, LLC,

Plaintiff,

v.

DROPBOX, INC.,

Defendant.

**C.A. NO. 5:23-CV-03264-PCP**

**DECLARATION OF KARON N. FOWLER IN SUPPORT OF DROPBOX, INC.'S MOTION TO STRIKE DR. EDWARDS AND DR. BANG DECLARATIONS IN SUPPORT OF ENTANGLED MEDIA'S MOTION FOR RECONSIDERATION**

Judge: Hon. P. Casey Pitts
Hearing: October 29, 2026
Time: 10:00 a.m.
Courtroom: 8, 4th Floor

I, Karon N. Fowler, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and partner at the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant Dropbox, Inc. ("Dropbox") in this action. I submit this declaration in support of Dropbox's Motion to Strike Dr. Edwards and Dr. Bang Declarations in Support of Entangled Media's Motion for Reconsideration. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. Attached to this declaration as Exhibit A is a true and correct copy of excerpts from Dr. George Edward's January 31, 2025 deposition transcript.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 24th day of September 2026, at Chicago, Illinois.

/s/ *Karon N. Fowler*
Karon N. Fowler